## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**

JAN 1 0 2025

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| BRYCE BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-05036 |
| | § | |
| CHANDRESH PATEL, ET AL. | § | |
| | § | |
| Defendant, | § | |
| | § | |
| G&A OUTSOURCING III LLC., | § | |
| DBA ONPOINT LAB, ET AL. | § | |
| | § | |
| Defendant. | § | **JURY TRIAL DEMANDED** |

### PLAINTIFF BRYCE BROWN'S ORIGINAL COMPLAINT

To the Honorable United States District Judge:

COMES NOW Bryce Brown ("Brown" or "Plaintiff"), and files his Original Complaint, Complaining Chandresh Patel, et al., ("Patel" or "Defendants") and G&A Outsourcing III LLC., DBA OnPoint Lab, and for violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. $ 1981.

### PARTIES

1.      The plaintiff, Bryce Brown, is an African-American male who is an adult resident of Harris County, Texas.

2.      The defendants, Chandresh Patel, et al and G&A Outsourcing III LLC., DBA OnPoint Lab et al., conducts business in Sugarland, Fort Bend County, Texas. Defendant may be served by USPS Carrier, Registered Certified Mail, Houston, Texas.

3.     Plaintiff at all times herein relevant was an employee, of G&A Outsourcing lll LLC., DBA OnPoint Lab.

4.     At all relevant times, Defendant was Plaintiff's "employer" within the meaning of Title VII. Additionally, at all relevant times, Plaintiff was employed by Defendant.

5.     At all times mentioned in the causes of action into which this paragraph is incorporated by reference, each and every defendant was the agent or employee of each and every other defendant. In doing the things alleged in the causes of action into which this paragraph is incorporated by reference, each and every defendant was acting with the consent, permission, and authorization of each remaining defendant. All actions of each defendant alleged in the causes of action into which this paragraph is incorporated by reference were ratified and approved by the officers or managing agents of every other defendant.

### JURISDICTION & VENUE

6.     This case is brought under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C 1981. This Court has jurisdiction of this case according to 28 U.S.C. $ 1331 and 28 U.S.C. § 1343.

7.     The unlawful employment practices described herein were committed in the Southern District of Texas, and, on information and belief, all records relevant to the causes of action alleged in this complaint are kept in the Southern District of Texas. Venue is invoked pursuant to 28 U.S.C. $ 1391.

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

8.     Mr. Brown timely filed a charge of discrimination (EEOC Charge No. 460-2024-04187) with the Equal Employment Opportunity Commission ("EEOC") on December 18, 2023, to challenge the race discrimination, sex discrimination, retaliation and wrongful

termination suffered. He received a right to sue letter on October 4, 2024, this charge and timely files this lawsuit to vindicate his rights. Mr. Brown has exhausted all applicable administrative remedies.

## FACTUAL BACKGROUND

9.     Mr. Brown is an African-American male. On or about December 18, 2023, he was wrongfully terminated from his position as a Sales and Marketing Representative at G&A Outsourcing lll LLC DBA, Point Lab at 145 Promenade Way, Suite 2, Sugarland, Texas location.

10.     Defendant Patel is the co-owner of Plaintiffs former place of employment. Patel was Plaintiffs direct point of contact and acting manager at the time of his employment.

11.     As a Sales & Marketing Representative, Brown provided assistance to offices in the Greater Houston area and surrounding towns. Mr. Brown was further responsible providing support to offices, making and maintaining relationships, and assisting with laboratory needs, testing equipment and supplies. Brown was the gateway between the offices and the lab.

12.     While employed at G&A Outsourcing lll LLC DBA, OnPoint Lab, Brown was the only sales and marketing representative in the Houston area.

13.     During his time with G&A Outsourcing lll LLC DBA, OnPoint Lab. Brown was mistreated by Patel his superior.

14.     Brown had asked repeatedly for updated materials, business cards, and marketing tools as former representatives had at their disposal. Brown was forced to use old materials without dated information and in correct address on them. (See Exhibit A1 - A6).  Mr. Brown asked on several different occasions for clarity on when marketing materials, updates, via email and text messages. (See Exhibit's B1 - B10).

15.     On September 25, 2023, Brown & Patel had left a meeting at Dr. Bishai office in Conroe, Texas. Brown and Patel went to have a discussion and debrief how that meeting went with Dr. Bishai. Brown followed Patel to Mia's Table in Shenandoah, Texas for a late lunch. Brown purchased lunch for the office of Dr. Bishai from Schlotzsky's Deli, Patel mentioned he could not eat much bread, due to his glucose and health reasons. Patel also mentioned to Brown that the next time he ordered lunch to use Patel's girlfriend who owned a local Quiznos Deli in the Sugarland, Texas area. Patel went on to say, he and his girlfriend would be having dinner that evening and asked if Brown and his husband would like to join them for dinner. Brown stated, "I do not have a husband". Brown transitioned the conversation to Mile IQ and brought up about purchasing the full app so it would give a more precise location, rather than just the address, and also would give the business name alongside the address. Patel was aware that the Mile IQ was a free application, but for a precise location it would have to be purchased. (See Exhibit C1 - C26). Brown then informed Patel, he had a few more offices to visit and Brown said he would see Patel the following day at the office. Brown asked Patel about his name tag, marking materials, business cards, etc. Patel stated, "I will approve the materials in the morning."

16.     Mr. Brown asked repeatedly in every meeting about marketing materials, business cards, name badges, etc.  On a weekly basis Brown sent over emails and offices that had been visited by Brown. Brown physically gave Patel a detailed list of offices and documents of the offices he had visited and emailed, even though Brown did not have the proper tools to be effective in his job duties. (See Exhibit's D1 - D35).

17.     Brown was hired as a salary employee, and without notice Patel had moved Brown from salary to hourly and had adjusted Browns time without Brown's knowledge. When Brown brought it up to Patel on December 15, 2023, Patel in formed Brown he could accept the

change or quit. Brown was only trying to ask why he was not informed of the change either via email, text message, or in writing so it could be signed by Brown and noted of the change. Brown pointed out as it states in the "Employee Handbook Acknowledgment" Paragraph 3, Sentence 2, "Changes could be made however, the employee should be notified in writing." (See Exhibit E1). Patel went on to say, "I don't know about your kind." He also stated, "Look Bryce, are you going to accept the change or not?" As I said earlier, "Accept it or Not." On December 18, 2023 around or about 11:15 AM, Brown went into what would be his last meeting with Patel. Brown felt after his last interaction from the previous workday on December 15th, he should record the meeting so there would be no misunderstanding if something was said. Now, during Brown's time employed at G&A Outsourcing lll LLC DBA, OnPoint Lab, he always gave proper documentation and details of his were about. Patel humiliated and publicly embarrassed Brown just moments before OnPoint Lab's Christmas Party by firing Brown and making a scene.

18.      Patel never stated nor did he give Brown any clear messages that he was unhappy with Brown's performance and work skills. When Brown was fired, he was blindsided. Patel failed to approve new marketing materials. Patel knew Brown needed the MileI Q full version to give the precise location as to where Brown had traveled. Patel did not give Brown the proper tools to succeed. A letter was drafted by G&A Outsourcing lll LLC DBA, OnPoint Lab (See Exhibit F1), they requested proper documentation and expectations will be set once the marketing materials were finalized by Patel. As noted in (Exhibit F1), Brown did make attempts and updated marketing materials (See Exhibit's B1-B10, C1-C27, D1 -D35) these exhibits all contradict what Patel and G&A Outsourcing lll LLC DBA, OnPoint Lab are stating. After being terminated Brown filed with the Texas Workforce Commission for his unemployment. Patel and G&A Outsourcing lll LLC DBA, OnPoint Lab contested the States decision in awarding Brown

his unemployment. Patel and G&A Outsourcing lll LLC DBA, OnPoint Lab withdrew its motion to contest the day of hearing. The State then kept its original decision in favor of Brown. Patel was asked a series of questions, which Brown responded to Patel's response. (See Exhibit's G1-G16). Brown believes his termination was due to the questions Brown brought forth about the salary going to hourly.  Brown asked repeatedly, verbally, written emails and text messages numerous times about the marketing materials. Former employees who were not of African American Descent did not have to wait and use out dated information.

19.     Brown submitted the charge of racial discrimination, sexual discrimination, retaliation, and wrongful termination to the EEOC on March 19, 2024, 92 days after his termination and Charge No: 460-2024-04187 was heard on October 3, 2024. The Notice of Right To Sue was issued on October 4, 2024 and filed with the Southern District Court of Texas on December 20, 2024. Case Number: 4:24-cv-05036 is not time barred and was filed with the courts in a timely fashion.

### FIRST CLAIM FOR RELIEF
42 .S.C. § 1981

20.     Plaintiff incorporates by reference each and every paragraph of the facts and allegations stated in this Original Complaint as if fully pleaded at length herein.

21.     This is an action for damages arising out of racial discrimination, sexual discrimination in the making, enforcement performance, modification, and termination of contracts. Plaintiff was denied the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship. At all times relevant herein, Plaintiff's employment qualifications were equal or superior for the position sought.

22.     Defendants, as alleged herein, discriminated against Plaintiff as follows: denial of pay, wrongful termination, threats and intimidation, and harassment. Plaintiff was deprived of

PLAINTIFF BRYCE BROWN'S ORIGINAL COMPLAINT                                                6

rights, which, under similar circumstances, would have been accorded to a person of a different race.

23.    As a result of the racial discrimination as described herein, Plaintiff has been held up to great derision and embarrassment by his fellow coworkers, friends, and members of the community. Plaintiff has suffered emotional distress because Defendant has subjected him to disparate treatment on account of his race. Plaintiff is informed and believes that Defendant discriminated against him knowing that such discrimination would cause severe emotional distress. Plaintiff therefore seeks damages for such emotional distress in an amount to be proved at the time of trial.

24.    Because of the wrongful acts of Defendant as alleged herein, Plaintiff has been and will be required to employ physicians to examine, treat and care for him and will incur additional medical and economic damages in an amount to be proven at the time of trial.

25,    As a result of the wrongful conduct as described herein, Plaintiff has been denied employment, denied promotions, and denied raises. As a result, Plaintiff seeks an award of back pay, front pay, and injunctive relief, according to proof at time of trial.

26.    In doing the acts set forth above, Defendant acted intentionally, and with a conscious disregard of Plaintiff's right to equal employment opportunities regardless of race. Defendant has acted, and continues to act, with a reckless disregard of its obligations under the law. The Defendant's conduct, as alleged herein, was and is despicable, malicious and oppressive. The Plaintiff is therefore entitled to an award of punitive damages in an amount to be proven at the time of trial.

## SECOND CLAIM FOR RELIEF
Race Discrimination (Title VII)

27.    Plaintiff incorporates by reference each and every paragraph of the facts and allegations stated in this Original Complaint as if fully pleaded at length herein.

28.    This is an action for damages arising out of racial discrimination in employment. At all times relevant herein, Plaintiff's employment qualifications were equal or superior for the position sought.

29.    Defendant, as alleged herein, discriminated against Plaintiff as follows: denial of pay, unwarranted disciplinary action, threats and intimidation, and harassment.

30.    As a result of the racial discrimination as described herein, Plaintiff has been held up to great derision and embarrassment by his fellow coworkers, friends, and members of the community. Plaintiff has suffered emotional distress because Defendant has subjected him to disparate treatment on account of race. Plaintiff is informed and believes that Defendant discriminated against him knowing that such discrimination would cause severe emotional distress. Plaintiff therefore seeks damages for such emotional distress in an amount to be proved at the time of trial.

31.    Because of the wrongful acts of Defendant as alleged herein, Plaintiff has been and will be required to employ physicians to examine, treat and care for them and will incur additional medical and economic damages in an amount to be proven at the time of trial.

32.    As a result of the wrongful conduct as described herein, Plaintiff has been denied employment, denied promotions, and denied raises. As a result, Plaintiff seeks an award of back pay, front pay, and injunctive relief, according to proof at time of trial.

33.    In doing the acts set forth above, Defendant acted intentionally, and with a

conscious disregard of Plaintiff's right to equal employment opportunities regardless of race and sexual orientation. Defendant has acted, and continues to act, with a reckless disregard of its obligations under the law. The Defendant's conduct, as alleged herein, was and is despicable, malicious and oppressive. The Plaintiff is therefore entitled to an award of punitive damages in an amount to be proven at the time of trial.

**THIRD CLAIM FOR RELIEF**
Retaliation (Title VII)

34.     Plaintiff incorporates by reference each and every paragraph of the facts and allegations stated in this Original Complaint as if fully pleaded at length herein.

35.     This is an action for damages arising out of retaliation in employment. At all times relevant herein, Plaintiff's employment qualifications were equal or superior for the position sought.

36.     Defendant, as alleged herein, retaliated against Plaintiff for making complaints of discrimination and harassment as follows: refusal to hire, denial of promotions and pay, denial of raises, unwarranted disciplinary action, unwarranted negative performance appraisals, denial of training and assistance, denial of work hours, threats and intimidation, assignment of menial tasks, and harassment.

37.     As a result of the retaliation as described herein, Plaintiff has been held up to great derision and embarrassment by his fellow coworkers, friends, and members of the community. Plaintiff has suffered emotional distress because Defendant has subjected him to retaliation because of his complaints of discrimination and harassment. Plaintiff is informed and believes that Defendant retaliated against him knowing that such retaliation would cause severe emotional distress. Plaintiff therefore seeks damages for such emotional distress in an amount to be proved at the time of trial.

38.    Because of the wrongful acts of Defendant as alleged herein, Plaintiff has been and will be required to employ physicians to examine, treat and care for them and will incur additional medical and economic damages in an amount to be proven at the time of trial.

39.    As a result of the wrongful conduct as described herein, Plaintiff has been denied employment, denied promotions, and denied raises. As a result, Plaintiff seeks an award of back pay, front pay, and injunctive relief, according to proof at the time of trial.

40.    In doing the acts set forth above, Defendant acted intentionally, and with a conscious disregard of Plaintiff's right to equal employment opportunities regardless of his complaints. Defendant has acted, and continues to act, with a reckless disregard of their obligations under the law. The Defendant's conduct, as alleged herein, was and is despicable, malicious and oppressive. The Plaintiff is therefore entitled to an award of punitive damages in an amount to be proven at the time of trial.

## FOURTH CLAIM FOR RELIEF
Sex Discrimination (Title VII)

41.    Plaintiff incorporates by reference each and every paragraph of the facts and allegations stated in this Original Complaint as if fully pleaded at length herein.

42.    This is an action for damages arising out of sexual discrimination in employment. At all times relevant herein, Plaintiff's employment qualifications were equal or superior for the position sought.

43.    Defendant, as alleged herein, discriminated against Plaintiff as follows: denial of pay, unwarranted disciplinary action, threats and intimidation, and harassment.

44.    As a result of the defendant's retaliatory acts, Plaintiff has suffered lost wages plus interest, continues to suffer, and will in the future suffer extreme embarrassment, humiliation, mental anguish, emotional distress, pain and suffering, and other non-pecuniary losses.

**DEMAND FOR JURY TRIAL**

45.     Plaintiff hereby requests a jury trial for all claims.

**PRAYER FOR RELIEF**

46.     Wherefore, Plaintiff prays that the Court grant him the following relief:

A.  Compensatory damages;

B.  Back pay including lost wages and benefits that would have been paid from the date of discrimination until the trial date;

C.  Front pay including future bonuses, lost earnings and benefits;

D.  Judgment against Defendant for an amount equal to plaintiff's unpaid back wages at the applicable overtime rate for each hour worked over forty;

E.  Judgment against Defendant that their violations of the FLSA were willful;

F.  An equal amount to the wage damages as liquidated damages;

G.  To the extent that liquidated damages are not awarded, an award of prejudgment interest;

H.  Damages for mental pain and suffering;

I.  All costs incurred and reasonable attorneys' fees for prosecuting these claims;

J.  Punitive damages;

K.  Injunctive damages;

L.  Leave to add additional Plaintiffs by motion, the filing of written consent forms, or any other method approved by the Court;

M.  All other and further relief to which Plaintiff may show himself justly entitled.

Respectfully submitted,

Bryce Brown
935 N. Wilcrest Dr.
Apt. 1018
Houston, Texas  77079
Phone: (281)763-8151
Brycebrown19@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered by USPS Registered Certified Mail on this the _____ day of January, 2025 to:

CHANDRESH PATEL, ET AL.
G&A Outsourcing lll LLC DBA, OnPoint Lab, et al.
145 Promenade Way, Suite 2
Sugarland, Texas 77479
(832) 939-8480
**DEFENDANT**


_____
Bryce Brown, Plaintiff
Brycebrown19@gmail.com

# EXHIBIT'S

Exhibit-A: OnPoint Lab flyers with outdated address & information.

Exhibit-B: Emails and text messages pertaining to marketing materials.

Exhibit-C: Mileage Reports from Mile-IQ (Free version)

Exhibit-D: List of offices, clinics, and Doctors seen

Exhibit-E: Employee Handbook Acknowledgement

Exhibit-F: Patels letter to the Texas Work Force

Exhibit-G: G&A Outsourcing Q&A to Unemployment with Browns Response

# EXHIBIT-A

# OnPoint

EXHIBIT-A1

## About us

OnPoint Lab was founded by a group of professionals that include physicians, scientists, and healthcare management professionals. OnPoint Lab provides precise results on time, every time. We are focused on providing a customer experience that is unmatched in the industry. OnPoint Lab is large and advanced enough to handle all your testing needs but also client centric and detail-oriented enough to provide personalized services to our clients. We understand that each clinic and medical facility is unique and our experts will work with you to create a process that meets your specific needs.

## Our Services

▶ Extensive testing menu

▶ Fast and reliable reporting

▶ Customizable reporting options

▶ Extensive employee / partner training

▶ Direct access to lab scientists

▶ Seamless lab set up



• www.onpointlab.net • 832-939-8480
1229 Creekway Dr Ste 103 Sugarland, TX 77478

EXHIBIT-A2

# OnPoint

## CGX Panels

- **Hereditary Breast Cancer:** BRCA1/2 del/dup analysis
- **Hereditary Breast and Pancreatic Cancer:** PALB2 gene sequence and del/dup
- **GYNDetect:** 9 ovarian/uterine cancer gene test (BRCA1, BRCA2, EPCAM, MLH1, MSH2, MSH6, PMS2, PTEN, TP53)
- **BreastDetect:** 14 breast cancer gene test (ATM, BRCA1, BRCA2, BRIP1, CDH1, CHEK2, MUTYH, NBN, NF1, PALB2, PTEN, RAD51C, RAD51D, TP53)
- **ColoDetect:** 13 colon cancer gene test (APC, BMPR1A, CDH1, CHEK2, EPCAM, MLH1, MSH2, MSH6, MUTYH, PTEN, PMS2, STK11, TP53)
- **OvaDetect:** 20 ovarian/breast/uterine cancer gene test (ATM, BRCA1, BRCA2, BRIP1, CDH1, CHEK2, EPCAM, MLH1, MSH2, MSH6, MUTYH, NBN, NF1, PALB2, PMS2, PTEN, RAD51C, RAD51DS, TK11, TP53)
- **RenalDetect:** 15 renal cancer gene test (EPCAM, FH, FLCN, MLH1, MSH2, MSH6, PMS2, PTEN, SDHB, SDHC, SDHD, TP53, TSC1, TSC2, VHL)
- **CancerDetect:** 25 gene cancer test (APC, ATM, BRCA1, BRCA2, BRIP1, BMPR1A, CDH1, CHEK2, CDK4, CDKN2A, EPCAM, MLH1, MSH2, MSH6, MUTYH, NBN, NF1, PALB2, PMS2, PTEN, RAD51C, RAD51D, SMAD4, STK11, TP53)
- **CancerDetect Extended:** 37 gene cancer test (APC, ATM, BRCA1, BRCA2, BRIP1, BMPR1A, CDH1, CHEK2, CDK4, CDKN2A, EPCAM, FH, FLCN, MAX, MLH1, MSH2, MSH6, MUTYH, NBN, NF1, PALB2, PMS2, PTEN, RAD51C, RAD51D, RET, SDHAF2, SDHB, SDHC, SDHD, SMAD4, STK11, TMEM127, TP53, TSC1, TSC2, VHL)

| Cancers/Genes | Breast | Colorectal | Central Nervous System | Thyroid | Liver | Pancreas | Prostate | Ovarian | Stomach | Gastric | Melanoma | Kidney | Leiomyoma | Pheochromocytoma | Brain | Leukemia | Duodenal | Uterine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APC | | • | | | | | | | • | | | | | | | | • | |
| ATM | • | | | | | • | | | | | | | | | | | | |
| NBN | • | | | | | | | • | | | | | | | | | | |
| BRCA1 | • | | | | | | • | • | | | | | | | | | | |
| BRCA2 | • | | | | | • | • | • | | | | | | | | | | |
| BRIP1 | • | | | | | • | | • | | | | | | | | | | |
| RAD51C | • | | | | | | | • | | | | | | | | | | |
| RAD51D | • | | | | | | | • | | | | | | | | | | |
| BMPR1A | | • | | | | | | | • | | | | | | | | | |
| SMAD4 | | • | | | | | | | • | | | | | | | | | |
| CDH1 | • | | | | | | | | • | • | | | | | | | | |
| CDK4 | | | | | | | | | | | • | • | | | | | | |
| CDKN2 | | | | | | | | | | | • | | | | | | | |
| CHEK2 | • | • | | | | | | | | | | | | | | | | |
| FH | | | | | | | | | | | | • | • | | | | | |
| FLCN | | | | | | | | | | | | • | | | | | | |
| MAX | | | | | | | | | | | | | | • | • | | | |
| MLH1 | | • | | | | | | • | • | | | | | | • | | • | • |
| MSH2 | | • | | | | • | | • | • | | | | | | • | | • | • |
| MSH6 | | • | | | | • | | • | • | | | | | | • | | • | • |
| PMS2 | | • | | | | • | | • | | | | | | | • | | • | • |
| EPCAM | | • | | | | • | | • | • | | | | | | • | | • | • |
| MUTYH | • | • | • | | | | | | | | | | | | | | | |
| NF1 | • | | | | | | | | | | | | | | • | • | | |
| PALB2 | • | | | | | • | | | | | | | | | | | | |
| PTEN | • | • | | • | | | | | | | | • | | | | | | • |
| FF | | | | | | | | | | | | | | | • | | | |
| SDHAF2 | | | | | | | | | | | | • | | | • | | | |
| SDHB | | | | | | | | | | | | • | | | • | | | |
| SDHC | | | | | | | | | | | | • | | | • | | | |
| SDHD | | | | | | | | | | | | • | | | • | | | |
| TSC1 | | | | | | | | | | | | • | | | | | | |
| TSC2 | | | | | | • | | | | | | • | | | | | | |
| STK11 | • | • | | | | • | | | | | | | | | • | | | • |
| TMEM127 | | | | | | | | | | | | | | | • | | | |
| TP53 | • | | | | | • | | | | | | | | | • | | • | • |
| IL | | | | | | • | | | | | | • | | | | | | |

EXHIBIT-A3

# OnPoint

## Cancer Genomics (CGx)

Cancer Genomics allows physicans to evaluate (by collecting a buccal swab sample) a patient's risk for developing hereditary cancer based on the inherited gene mutations that we test for (Ex: BRCA1 and BRCA2).

Each gene that we test for is associated with one or multiple different types of cancers. But which cancers and the exact risk will be determined by the type or types detected. Results can be expected in 3-4 weeks.

### ACMG Practice guidelines

**Breast cancer, Female**
- Breast cancer dx at age ≤50
- Triple-negative breast cancer dx at age ≤60
- ≥3 cases of breast, ovarian, pancreatic, and/or aggressive prostate cancer in close relative, including the patient

**Gastric cancer**
- ≥2 cases of gastric cancer, one dx at age <50 in close relatives

**Leukemia**
- Leukemia dx at age <18, if any of the following criteria are met
1. Family history of LS-associated cancers
2. Sibling with a childhood cancer
- ≥3 cases of melanoma and/or pancreatic cancer in close relatives
- ≥3 primary melanomas in the same person

**Colorectal Cancer**
- Colorectal cancer dx at age <50

**Colorectal polyposis**
- 3-5 cumulative histologically proven juvinille polpys in the same person

**Brain**
- Brain tumor dx at age <18 if any of the following criteria are met:
1. Café-au-Lait macule and/or other signs of NF1, or hypo pigmented skin lesions
2. Consanguineous parents
3. A Family history of LS-associated cancer
4. Second primary cancer
5. Sibling with a childhood cancer

**Endometrial cancer**
- Endometrial cancer dx at age <50



www.onpointlab.net
1229 Creekway Dr Ste 103 Sugarland, TX 77478, 832-930-9400

# OnPoint

EXHIBIT-A4

## Toxicology

Drug screens and confirmatory testing provides physicans  with objective information about medication use or misuse.

**Benefits of testing:**
- Physican is in compliance with monitoring guidelines per their respective specialty.
- Detecting presence of drugs or prescriptions that may not be accounted for
- Ensure that there is no medication misuse.

### When should a doctor consider testing ?

- New patient baseline
- Annual physical
- Random check to ensure appropiate use of precsribed medications.
- To check consistancy levels
- Patient with a history of prescribed/ illicit controlled substances
- Patient requesting for controlled substance refill
- Pre-operational test on any patient that is prescribed SARI, ANRI, MAO-Beta inhibitors or any medication that may interact

### OnPoint Lab toxicology testing:

- OnPoint can conduct toxicology panel through **urine sample** or **oral  swab**
- **Turnaround time** for results: **48-72 hours** after recieving sample
- OnPoint Lab can preform screening and confirmations.
- Direct access to lab scientist for questions

EXHIBIT-A5

# OnPoint

## Opiates/ Synthetics

- Codeine
- Morphine
- Hydrocodone
- Norhydrocodone
- Hydromorphone
- Oxycodone
- Noroxycodone
- Oxymorphone
- Buprenorphine
- Norbuprenorphine
- Fentanyl
- Norfentanyl
- Meperidine
- Normeperidine
- Methadone
- EDDP
- Tapentadol
- N-Desmethyltapentadol
- Tramadol
- O-Desmethyltramadol

## Stimulants

- Amphetamine
- Methanphetamine
- Methylphenidate
- Ritalinic Acid
- Phentermine

## Benzodiazepines

- 7-Aminoclonazepam
- Alprazolam
- α-OH-Alprazolam
- Chlordiazepoxide
- Diazepam
- Nordiazepam
- Oxazepam
- Temazepam
- Clonazepam*
- Lorazepam

## Muscle Relaxers/ Sleeping Aids

- Carisoprodol
- Gabapentin
- Ketamine
- Norketamine
- Meprobamate
- Pregabalin
- Zolpidem
- Zolpidem-COOH
- Cyclobenzaprine

## Anti-Depressants

- Amitriptyline
- Nortriptyline

## Barbituates

- Butalbital
- Phenobarbital
- Pentobarbital
- Amobarbital

## Nicotine

- Nicotine

## Alcohol Metabolites

- EthylGlucuronide+
- Ethyl Sulfate+

## Illicit /Other

- 6-Acetyl-Morphine
- Benzoylegonine
- MDA
- MDEA*
- MDMA
- Phencyclidine
- THC-COOH
- THC

* Oral swab test prefered
+ Only tested if ordered by physican

EXHIBIT-A6

# OnPoint

## Respiratory Pathogen Panel

Although respiratory viruses and bacterias are one of the  most common reasons for office visits, they are still considered a serious illness that requires pre-cautionary treatment. With the presence of covid in the mix of an array of illnesses it can be difficult to diagnose, treat and prevent spread of illnesses without factual information.



The Respiratory Pathogen Panel is a swab collected and used to detect bacterial and viral respiratory illnesses. This allows physicans to diagnose and start treatment in a timely manner. RPP is also known to reduce the cost of care and support key quality initiatives for patients who test positive.

- Adenovirus
- Bocavirus
- Coronavirus 229E
- Coronavirus HKU-1
- Coronavirus NL63
- Coronavirus OC43
- Influenza A
- Influenza B

- Bordetella pertussis/holmesii
- Chlamydophila pneumoniae
- Haemophilus influenza
- Klebsiella pneumoniae
- Legionella
- Maroxella catarrhalis
- Mycoplasma pneumoniae
- Samonella spp
- Streptococcus pneumoniae
- Staphyloococcus aureus

- Metapnuemovirus A&B
- Parainfluenza virus type 1
- Parainfluenza virus type 2
- Parainfluenza virus type 3
- Parainfluenza virus type 4
- Parechovirus
- Respiratory Syncytial Virus A &B
- Rhinovirus/Enterovirus

# EXHIBIT-B

Hey! Where you able to also send it to Mr. Patel?

Sincerely,

*Yorleni Moran*

 **OnPoint Lab**

145 Promenade Way Ste 2

Sugar Land TX, 77479

**P:** 8329398480

**F:** 8885412054

www.onpointlab.net

CONFIDENTIALITY NOTICE: The information transmitted is intended only for the addressee(s) and may contain confidential or privileged material, or both. Any review, receipt, dissemination or other use of this information by non-addressees is prohibited. If you received this in error or are a non-addressee, please contact the sender and delete the transmitted information.

**From:** "Bryce Brown" <bbrown@ONPOINTLAB.COM>
**Sent:** Tuesday, August 29, 2023 2:31 PM
**To:** "Yorleni Moran" <ymoran@ONPOINTLAB.COM>
**Subject:** Flyer

Afternoon,

Happy Tuesday??! Do you know if the 1page flyer was approved?

look nice, but our address is incorrect on the flyer

Regards,

*Carla Acosta*



145 Promenade Way Ste#2

Sugar Land, TX 77479

P: 832-939-8480

F: 1888-541-2054

www.onpointlab.net

CONFIDENTIALITY NOTICE: The information transmitted is intended only for the addressee(s) and may contain confidential or privileged material, or both. Any review, receipt, dissemination or other use of this information by non-addressees is prohibited. If you received this in error or are a non-addressee, please contact the sender and delete the transmitted information.

EXHIBIT-B3

**From:** "Bryce Brown" <bbrown@ONPOINTLAB.COM>
**Sent:** Wednesday, August 30, 2023 11:58 AM
**To:** "Carla Acosta" <cacosta@ONPOINTLAB.COM>, "Lyndon Fullen" <lfullen@ONPOINTLAB.COM>,
"Chandresh Patel" <cpatel@ONPOINTLAB.COM>
**Cc:** "Yorleni Moran" <ymoran@ONPOINTLAB.COM>
**Subject:** One page flyer

Good afternoon,

Please find attached a potential new one-page flyer for marketing purposes.

Best regards,

Bryce Brown

Hey! When did you order the flyers?

Sincerely,

*Yorleni Moran*

 OnPoint Lab

145 Promenade Way Ste 2

Sugar Land TX, 77479

**P:** 8329398480
**F:** 8885412054

www.onpointlab.net

CONFIDENTIALITY NOTICE: The information transmitted is intended only for the addressee(s) and may contain confidential or privileged material, or both. Any review, receipt, dissemination or other use of this information by non-addressees is prohibited. If you received this in error or are a non-addressee, please contact the sender and delete the transmitted information.

**From:** "Bryce Brown" <bbrown@ONPOINTLAB.COM>
**Sent:** Tuesday, September 5, 2023 10:52 AM
**To:** "Yorleni Moran" <ymoran@ONPOINTLAB.COM>
**Subject:** Bryce

Good Morning ??

Happy Monday! well Tuesday !

Did any new flyers come in that you may have seen ?

Best regards,

Bryce Brown



145 Promenade Way, Suite 2

Sugar Land, TX 77479

(281) 763-8151 Cell

(832) 939-8480 Office

(888) 541-2054 Fax

BBrown@onpointlab.com

www.onpointlab.net

Hey! Where you able to also send it to Mr. Patel?

Sincerely,

*Yorleni Moran*

 **OnPoint Lab**

145 Promenade Way Ste 2

Sugar Land TX, 77479

**P:** 8329398480

**F:** 8885412054

www.onpointlab.net

CONFIDENTIALITY NOTICE: The information transmitted is intended only for the addressee(s) and may contain confidential or privileged material, or both. Any review, receipt, dissemination or other use of this information by non-addressees is prohibited. If you received this in error or are a non-addressee, please contact the sender and delete the transmitted information.

**From:** "Bryce Brown" <bbrown@ONPOINTLAB.COM>
**Sent:** Tuesday, August 29, 2023 2:31 PM
**To:** "Yorleni Moran" <ymoran@ONPOINTLAB.COM>
**Subject:** Flyer

Afternoon,

Happy Tuesday??! Do you know if the 1page flyer was approved?

EXHIBIT-B6

**From:** "Bryce Brown" <bbrown@ONPOINTLAB.COM>
**Sent:** Wednesday, August 30, 2023 11:58 AM
**To:** "Carla Acosta" <cacosta@ONPOINTLAB.COM>, "Lyndon Fullen" <lfullen@ONPOINTLAB.COM>, "Chandresh Patel" <cpatel@ONPOINTLAB.COM>
**Cc:** "Yorleni Moran" <ymoran@ONPOINTLAB.COM>
**Subject:** One page flyer

Good afternoon,

Please find attached a potential new one-page flyer for marketing purposes.

Best regards,

Bryce Brown

Hey! When did you order the flyers?

Sincerely,

*Yorleni Moran*



145 Promenade Way Ste 2

Sugar Land TX, 77479

**P:** 8329398480

**F:** 8885412054

EXHIBIT-B7

EXHIBIT (A)



EXHIBIT-B8



EXHIBIT-B9

EXHIBIT(c)



EXHIBIT-B10

EXHIBIT(D)



# EXHIBIT-C

EXHIBIT-C1

# Mileage Report

**MileIQ**

📅 **Report date range**
Aug 01, 2023 to Aug 31, 2023

$ **Business Rate**
$0.655/mi

### Report Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| 💳 Total value **$65.04** | 💼 Business value **$65.04** | 🏠 Personal value **$0.00** | Ⓟ Parking **$0.00** | (Ⓞ Tolls ($) **0.00** | ↔ Total distance **99.30 mi** | 🖨 Total drives **9** |

### Vehicle Summary

| Summary | | Distance in Miles | | | | Schedule C Vehicle Expenses | | | | Deductible Personal Miles | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vehicle | Odometer (Start of Yr) | Business | Commute | Personal (Other) | Total Distance | Business Value | Parking | Tolls | Total Business Value | Medical | Moving | Charity |
| BMW 335 I | - | 99.30 mi | 0.00 mi | 0.00 mi | 99.30 mi | $65.04 | $0.00 | $0.00 | $65.04 | 0.00 mi | 0.00 mi | 0.00 mi |
| Totals | - | 99.30 mi | 0.00 mi | 0.00 mi | 99.30 mi | $65.04 | $0.00 | $0.00 | $65.04 | 0.00 mi | 0.00 mi | 0.00 mi |

This report is generated by MileIQ • The leading automatic mileage tracker for compliant business mileage reports for individuals and companies • Visit www.mileiq.com to learn more.

page 1 from 3

EXHIBIT-C2

## Mileage Report



**Report data range**
Aug 01, 2023 to Aug 31, 2023

**Business Rate**
$0.655/mi

### 🚗 Drive log: BMW 335 I

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|---|---|---|---|---|---|---|---|---|---|
| Mon, Aug 28, 09:05AM | Business - Business | Houston TX to Sugar Land .. | Came in to pick up business cards | $0.655 | 17.5 mi | $11.46 | $0.00 | $0.00 | $11.46 |
| Mon, Aug 28, 09:45AM | Business - Business | Sugar Land .. to Cypress TX | Dr. Jason Hale office | $0.655 | 32.9 mi | $21.55 | $0.00 | $0.00 | $21.55 |
| Mon, Aug 28, 11:00AM | Business - Business | Cypress TX to Canyon Lake.. | Barker Cypress Family | $0.655 | 0.4 mi | $0.26 | $0.00 | $0.00 | $0.26 |
| Mon, Aug 28, 11:23AM | Business - Business | Canyon Lake.. to Fairfield P.. | Pain Relief associates | $0.655 | 7.0 mi | $4.58 | $0.00 | $0.00 | $4.58 |
| Mon, Aug 28, 11:40AM | Business - Business | Fairfield P.. to Cypress TX | North Cypress Pain Management Clinic | $0.655 | 9.0 mi | $5.90 | $0.00 | $0.00 | $5.90 |
| | | | Page Totals | | 66.80 mi | $43.75 | $0.00 | $0.00 | $43.75 |
| | | | Report Totals | | 99.30 mi | $65.04 | $0.00 | $0.00 | $65.04 |

EXHIBIT-C3

## Mileage Report

**MileIQ**

📅 **Report data range**
Aug 01, 2023 to Aug 31, 2023

$ **Business Rate**
$0.655/mi

🚗 **Drive log: BMW 335 I**

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Mon, Aug 28, 12:08PM | Business - Business | Cypress TX to Houston TX | Legacy Pain Associates | $0.655 | 4.3 mi | $2.82 | $0.00 | $0.00 | $2.82 |
| Mon, Aug 28, 01:15PM | Business - Business | Houston TX to Cypress TX | Crosspoint Medical Clinic | $0.655 | 14.0 mi | $9.17 | $0.00 | $0.00 | $9.17 |
| Mon, Aug 28, 02:03PM | Business - Business | Tealbrook T.. to Blackhorse .. | Bridge Creek Family Medicine | $0.655 | 6.2 mi | $4.06 | $0.00 | $0.00 | $4.06 |
| Mon, Aug 28, 02:38PM | Business - Business | Cypress TX to Houston TX | Advocate Pain Management center | $0.655 | 8.0 mi | $5.24 | $0.00 | $0.00 | $5.24 |
| | | | **Page Totals** | | 32.50 mi | $21.29 | $0.00 | $0.00 | $21.29 |
| | | | **Report Totals** | | 99.30 mi | $65.04 | $0.00 | $0.00 | $65.04 |

EXHIBIT-C4

## Mileage Report

**MileIQ**

**Report date range**
Oct 01, 2023 to Oct 31, 2023

**Business Rate**
$0.655/mi

### Report Summary

| Total value | Business value | Personal value | Parking | Tolls ($) | Total distance | Total drives |
|---|---|---|---|---|---|---|
| **$557.21** | **$557.21** | **$0.00** | **$0.00** | **0.00** | **850.70 mi** | **72** |

### Vehicle Summary

| Summary | | Distance in Miles | | | | Schedule C Vehicle Expenses | | | | Deductible Personal Miles | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vehicle | Odometer (Start of Yr) | Business | Commute | Personal (Other) | Total Distance | Business Value | Parking | Tolls | Total Business Value | Medical | Moving | Charity |
| BMW 335 I | - | 850.70 mi | 0.00 mi | 0.00 mi | 850.70 mi | $557.21 | $0.00 | $0.00 | $557.21 | 0.00 mi | 0.00 mi | 0.00 mi |
| **Totals** | - | **850.70 mi** | **0.00 mi** | **0.00 mi** | **850.70 mi** | **$557.21** | **$0.00** | **$0.00** | **$557.21** | **0.00 mi** | **0.00 mi** | **0.00 mi** |

EXHIBIT-C5

## Mileage Report

 **MileIQ**

📅 **Report data range**
Oct 01, 2023 to Oct 31, 2023

$ **Business Rate**
$0.655/mi

🚗 **Drive log: BMW 335 I**

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Mon, Oct 16, 08:06AM | Business - Business | Houston TX to Sugar Land .. | - | $0.655 | 17.5 mi | $11.46 | $0.00 | $0.00 | $11.46 |
| Tue, Oct 17, 08:01AM | Business - Business | Memorial TX to South Main .. | needs to set an appointment waiting on call back, | $0.655 | 17.9 mi | $11.72 | $0.00 | $0.00 | $11.72 |
| Tue, Oct 17, 08:33AM | Business - Business | South Main .. to Greenway/Up.. | - | $0.655 | 9.7 mi | $6.35 | $0.00 | $0.00 | $6.35 |
| Tue, Oct 17, 08:55AM | Business - Business | Greenway/Up.. to Greenway/Up.. | - | $0.655 | 1.4 mi | $0.92 | $0.00 | $0.00 | $0.92 |
| Tue, Oct 17, 09:05AM | Business - Business | Houston TX to Bellaire TX | - | $0.655 | 3.0 mi | $1.97 | $0.00 | $0.00 | $1.97 |
| Tue, Oct 17, 09:26AM | Business - Business | Bellaire TX to Houston TX | - | $0.655 | 2.7 mi | $1.77 | $0.00 | $0.00 | $1.77 |
| Tue, Oct 17, 01:03PM | Business - Business | Greenway/Up.. to River Oaks .. | - | $0.655 | 2.2 mi | $1.44 | $0.00 | $0.00 | $1.44 |
| Tue, Oct 17, 01:32PM | Business - Business | River Oaks .. to Houston TX | - | $0.655 | 15.3 mi | $10.02 | $0.00 | $0.00 | $10.02 |
| Tue, Oct 17, 02:34PM | Business - Business | Houston TX to Montrose TX | - | $0.655 | 15.3 mi | $10.02 | $0.00 | $0.00 | $10.02 |
| | | | | **Page Totals** | **85.00 mi** | **$55.67** | **$0.00** | **$0.00** | **$55.67** |
| | | | | **Report Totals** | **850.70 mi** | **$557.21** | **$0.00** | **$0.00** | **$557.21** |

EXHIBIT-C6

## Mileage Report

 MileIQ

📅 **Report data range**
Oct 01, 2023 to Oct 31, 2023

$ **Business Rate**
$0.655/mi

🚗 **Drive log: BMW 335 I**

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Wed, Oct 18, 09:09AM | Business - Business | Houston TX to Sugar Land .. | - | $0.655 | 15.7 mi | $10.28 | $0.00 | $0.00 | $10.28 |
| Wed, Oct 18, 09:49AM | Business - Business | Edgewater T.. to Sugar Land .. | - | $0.655 | 3.9 mi | $2.55 | $0.00 | $0.00 | $2.55 |
| Wed, Oct 18, 10:28AM | Business - Business | Sugar Land .. to Houston TX | - | $0.655 | 8.0 mi | $5.24 | $0.00 | $0.00 | $5.24 |
| Wed, Oct 18, 10:59AM | Business - Business | Houston TX to Sugar Land .. | - | $0.655 | 5.6 mi | $3.67 | $0.00 | $0.00 | $3.67 |
| Wed, Oct 18, 11:25AM | Business - Business | Lake Pointe.. to Colony Mead.. | - | $0.655 | 2.2 mi | $1.44 | $0.00 | $0.00 | $1.44 |
| Wed, Oct 18, 11:50AM | Business - Business | Colony Mead.. to Lake Pointe.. | - | $0.655 | 2.8 mi | $1.83 | $0.00 | $0.00 | $1.83 |
| Wed, Oct 18, 01:06PM | Business - Business | Sugar Land .. to Stafford TX | - | $0.655 | 4.5 mi | $2.95 | $0.00 | $0.00 | $2.95 |
| Wed, Oct 18, 01:44PM | Business - Business | Stafford TX to Sugar Land .. | - | $0.655 | 7.6 mi | $4.98 | $0.00 | $0.00 | $4.98 |
| Wed, Oct 18, 02:25PM | Business - Business | Sugar Land .. to Houston TX | - | $0.655 | 22.9 mi | $15.00 | $0.00 | $0.00 | $15.00 |
| Thu, Oct 19, 09:02AM | Business - Business | Houston TX to League City.. | - | $0.655 | 41.7 mi | $27.31 | $0.00 | $0.00 | $27.31 |
| | | | | **Page Totals** | 114.90 mi | $75.25 | $0.00 | $0.00 | **$75.25** |
| | | | | **Report Totals** | 850.70 mi | $557.21 | $0.00 | $0.00 | **$557.21** |

EXHIBIT-C7

## Mileage Report

 **MileIQ**

📅 **Report data range**
Oct 01, 2023 to Oct 31, 2023

$ **Business Rate**
$0.655/mi

🚗 **Drive log: BMW 335 I**

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Thu, Oct 19, 10:02AM | Business - Business | League City.. to Webster TX | - | $0.655 | 6.2 mi | $4.06 | $0.00 | $0.00 | $4.06 |
| Thu, Oct 19, 10:34AM | Business - Business | Webster TX to Houston TX | - | $0.655 | 3.5 mi | $2.29 | $0.00 | $0.00 | $2.29 |
| Thu, Oct 19, 11:04AM | Business - Business | Houston TX to Webster TX | - | $0.655 | 4.6 mi | $3.01 | $0.00 | $0.00 | $3.01 |
| Thu, Oct 19, 11:45AM | Business - Business | Webster TX to Baytown TX | - | $0.655 | 29.2 mi | $19.13 | $0.00 | $0.00 | $19.13 |
| Thu, Oct 19, 01:31PM | Business - Business | Baytown TX to Houston TX | - | $0.655 | 18.0 mi | $11.79 | $0.00 | $0.00 | $11.79 |
| Thu, Oct 19, 02:22PM | Business - Business | Clear Lake .. to Houston TX | - | $0.655 | 2.0 mi | $1.31 | $0.00 | $0.00 | $1.31 |
| Thu, Oct 19, 03:13PM | Business - Business | Houston TX to Houston TX | - | $0.655 | 1.2 mi | $0.79 | $0.00 | $0.00 | $0.79 |
| Thu, Oct 19, 04:15PM | Business - Business | Houston TX to Southbelt /.. | - | $0.655 | 11.0 mi | $7.21 | $0.00 | $0.00 | $7.21 |
| Fri, Oct 20, 09:03AM | Business - Business | Memorial TX to Cypress Fal.. | - | $0.655 | 13.8 mi | $9.04 | $0.00 | $0.00 | $9.04 |
| Fri, Oct 20, 09:57AM | Business - Business | Cypress Fal.. to Memorial Ci.. | - | $0.655 | 13.4 mi | $8.78 | $0.00 | $0.00 | $8.78 |
| | | | | **Page Totals** | 102.90 mi | $67.41 | $0.00 | $0.00 | $67.41 |
| | | | | **Report Totals** | 850.70 mi | $557.21 | $0.00 | $0.00 | $557.21 |

EXHIBIT-C8

## Mileage Report



**Report data range**
Oct 01, 2023 to Oct 31, 2023

**Business Rate**
$0.655/mi

### 🚗 Drive log: BMW 335 I

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|---|---|---|---|---|---|---|---|---|---|
| Fri, Oct 20, 10:45AM | Business - Business | Houston TX to Bellaire TX | - | $0.655 | 11.3 mi | $7.40 | $0.00 | $0.00 | $7.40 |
| Fri, Oct 20, 11:41AM | Business - Business | Bellaire TX to Houston TX | - | $0.655 | 11.3 mi | $7.40 | $0.00 | $0.00 | $7.40 |
| Fri, Oct 20, 01:05PM | Business - Business | Briarforest.. to River Oaks .. | - | $0.655 | 13.5 mi | $8.84 | $0.00 | $0.00 | $8.84 |
| Fri, Oct 20, 02:05PM | Business - Business | River Oaks .. to Houston TX | - | $0.655 | 15.3 mi | $10.02 | $0.00 | $0.00 | $10.02 |
| Fri, Oct 20, 03:29PM | Business - Business | Houston TX to Northwest H.. | - | $0.655 | 10.8 mi | $7.07 | $0.00 | $0.00 | $7.07 |
| Mon, Oct 23, 09:19AM | Business - Business | Houston TX to Sugar Land .. | - | $0.655 | 17.5 mi | $11.46 | $0.00 | $0.00 | $11.46 |
| Tue, Oct 24, 09:08AM | Business - Business | Houston TX to Spring TX | - | $0.655 | 37.6 mi | $24.63 | $0.00 | $0.00 | $24.63 |
| Tue, Oct 24, 10:22AM | Business - Business | College Par.. to Research Fo.. | - | $0.655 | 1.9 mi | $1.24 | $0.00 | $0.00 | $1.24 |
| Tue, Oct 24, 10:53AM | Business - Business | Spring TX to Shenandoah .. | - | $0.655 | 2.4 mi | $1.57 | $0.00 | $0.00 | $1.57 |
| Tue, Oct 24, 11:38AM | Business - Business | Shenandoah .. to Conroe TX | - | $0.655 | 3.3 mi | $2.16 | $0.00 | $0.00 | $2.16 |
| | | | **Page Totals** | | 124.90 mi | $81.79 | $0.00 | $0.00 | $81.79 |
| | | | **Report Totals** | | 850.70 mi | $557.21 | $0.00 | $0.00 | $557.21 |

EXHIBIT-C9

## Mileage Report

**MileIQ**

📅 **Report data range**
Oct 01, 2023 to Oct 31, 2023

💲 **Business Rate**
$0.655/mi

### 🚗 Drive log: BMW 335 I

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Tue, Oct 24, 01:08PM | Business - Business | Shenandoah .. to Tomball TX | - | $0.655 | 21.1 mi | $13.82 | $0.00 | $0.00 | $13.82 |
| Tue, Oct 24, 02:08PM | Business - Business | Tomball TX to Tomball TX | - | $0.655 | 0.6 mi | $0.39 | $0.00 | $0.00 | $0.39 |
| Tue, Oct 24, 03:04PM | Business - Business | Tomball TX to The Woodlan.. | - | $0.655 | 22.4 mi | $14.67 | $0.00 | $0.00 | $14.67 |
| Tue, Oct 24, 04:04PM | Business - Business | The Woodlan.. to Tomball TX | - | $0.655 | 19.8 mi | $12.97 | $0.00 | $0.00 | $12.97 |
| Wed, Oct 25, 09:03AM | Business - Business | Houston TX to Cypress TX | - | $0.655 | 21.7 mi | $14.21 | $0.00 | $0.00 | $14.21 |
| Wed, Oct 25, 10:00AM | Business - Business | Cypress TX to Houston TX | - | $0.655 | 11.0 mi | $7.21 | $0.00 | $0.00 | $7.21 |
| Wed, Oct 25, 11:04AM | Business - Business | Houston TX to Cypress TX | - | $0.655 | 23.4 mi | $15.33 | $0.00 | $0.00 | $15.33 |
| Wed, Oct 25, 12:00PM | Business - Business | Cypress TX to Houston TX | - | $0.655 | 7.6 mi | $4.98 | $0.00 | $0.00 | $4.98 |
| Wed, Oct 25, 01:21PM | Business - Business | Houston TX to Cypress TX | - | $0.655 | 0.7 mi | $0.46 | $0.00 | $0.00 | $0.46 |
| Wed, Oct 25, 01:50PM | Business - Business | Cypress TX to Canyon Lake.. | - | $0.655 | 6.1 mi | $4.00 | $0.00 | $0.00 | $4.00 |
| | | | **Page Totals** | | 134.40 mi | $88.04 | $0.00 | $0.00 | $88.04 |
| | | | **Report Totals** | | 850.70 mi | $557.21 | $0.00 | $0.00 | $557.21 |

This report is generated by MileIQ • The leading automatic mileage tracker for compliant business mileage reports for individuals and companies • Visit www.mileiq.com to learn more.

page 6 from 9

EXHIBIT-C10

## Mileage Report

 MileIQ

📅 **Report data range**
Oct 01, 2023 to Oct 31, 2023

$ **Business Rate**
$0.655/mi

### 🚗 Drive log: BMW 335 I

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Wed, Oct 25, 02:57PM | Business - Business | Canyon Lake.. to Fairfield P.. | - | $0.655 | 7.0 mi | $4.58 | $0.00 | $0.00 | $4.58 |
| Wed, Oct 25, 04:07PM | Business - Business | Cypress TX to Houston TX | - | $0.655 | 22.5 mi | $14.74 | $0.00 | $0.00 | $14.74 |
| Thu, Oct 26, 08:16AM | Business - Business | Memorial TX to Kingwooc TX | - | $0.655 | 35.1 mi | $22.99 | $0.00 | $0.00 | $22.99 |
| Thu, Oct 26, 09:17AM | Business - Business | Kingwood Ki.. to Kingwood Ki.. | - | $0.655 | 6.6 mi | $4.32 | $0.00 | $0.00 | $4.32 |
| Thu, Oct 26, 10:20AM | Business - Business | Kingwood Ki.. to Kingwood Ki.. | - | $0.655 | 6.3 mi | $4.13 | $0.00 | $0.00 | $4.13 |
| Thu, Oct 26, 11:10AM | Business - Business | Kingwood Ki.. to Kingwood Ki.. | - | $0.655 | 6.1 mi | $4.00 | $0.00 | $0.00 | $4.00 |
| Thu, Oct 26, 01:08PM | Business - Business | Kingwood Ki.. to Kingwood Ki.. | - | $0.655 | 5.0 mi | $3.28 | $0.00 | $0.00 | $3.28 |
| Thu, Oct 26, 01:39PM | Business - Business | Houston TX to Tomball TX | - | $0.655 | 34.5 mi | $22.60 | $0.00 | $0.00 | $22.60 |
| Thu, Oct 26, 03:55PM | Business - Business | Tomball TX to Houston TX | - | $0.655 | 26.7 mi | $17.49 | $0.00 | $0.00 | $17.49 |
| Fri, Oct 27, 09:09AM | Business - Business | Houston TX to Stafford TX | - | $0.655 | 11.5 mi | $7.53 | $0.00 | $0.00 | $7.53 |
| | | | **Page Totals** | | **161.30 mi** | **$105.66** | **$0.00** | **$0.00** | **$105.66** |
| | | | **Report Totals** | | **850.70 mi** | **$557.21** | **$0.00** | **$0.00** | **$557.21** |

This report is generated by MileIQ • The leading automatic mileage tracker for compliant business mileage reports for individuals and companies • Visit www.mileiq.com to learn more.

page 7 from 9

EXHIBIT-C11

## Mileage Report

**MileIQ**

📅 **Report data range**
Oct 01, 2023 to Oct 31, 2023

💲 **Business Rate**
$0.655/mi

🚗 **Drive log: BMW 335 I**

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|---|---|---|---|---|---|---|---|---|---|
| Fri, Oct 27, 11:09AM | Business - Business | Sugar Land .. to Houston TX | - | $0.655 | 7.8 mi | $5.11 | $0.00 | $0.00 | $5.11 |
| Fri, Oct 27, 11:50AM | Business - Business | Sugar Land .. to Houston TX | - | $0.655 | 7.8 mi | $5.11 | $0.00 | $0.00 | $5.11 |
| Fri, Oct 27, 12:07PM | Business - Business | Houston TX to Sugar Land .. | - | $0.655 | 5.9 mi | $3.86 | $0.00 | $0.00 | $3.86 |
| Fri, Oct 27, 01:27PM | Business - Business | Edgewater T.. to Sugar Land .. | - | $0.655 | 3.9 mi | $2.55 | $0.00 | $0.00 | $2.55 |
| Fri, Oct 27, 02:02PM | Business - Business | Sugar Land .. to Lake Pointe.. | - | $0.655 | 2.3 mi | $1.51 | $0.00 | $0.00 | $1.51 |
| Mon, Oct 30, 09:33AM | Business - Business | Houston TX to Sugar Land .. | - | $0.655 | 17.5 mi | $11.46 | $0.00 | $0.00 | $11.46 |
| Tue, Oct 31, 09:05AM | Business - Business | Memorial Me.. to Memorial Me.. | - | $0.655 | 0.9 mi | $0.59 | $0.00 | $0.00 | $0.59 |
| Tue, Oct 31, 09:46AM | Business - Business | Houston TX to Katy TX | - | $0.655 | 15.0 mi | $9.83 | $0.00 | $0.00 | $9.83 |
| Tue, Oct 31, 10:47AM | Business - Business | Katy TX to Mason Park .. | - | $0.655 | 3.3 mi | $2.16 | $0.00 | $0.00 | $2.16 |
| Tue, Oct 31, 11:28AM | Business - Business | Mason Park .. to Katy TX | - | $0.655 | 5.8 mi | $3.80 | $0.00 | $0.00 | $3.80 |
| | | | | **Page Totals** | **70.20 mi** | **$45.98** | **$0.00** | **$0.00** | **$45.98** |
| | | | | **Report Totals** | **850.70 mi** | **$557.21** | **$0.00** | **$0.00** | **$557.21** |

EXHIBIT-C12

## Mileage Report

 **MileIQ**

📅 **Report data range**
Oct 01, 2023 to Oct 31, 2023

💲 **Business Rate**
$0.655/mi

### 🚗 Drive log: BMW 335 I

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Tue, Oct 31, 12:05PM | Business - Business | Katy TX to Houston TX | - | $0.655 | 19.0 mi | $12.45 | $0.00 | $0.00 | $12.45 |
| Tue, Oct 31, 01:25PM | Business - Business | Houston TX to Humble TX | - | $0.655 | 27.1 mi | $17.75 | $0.00 | $0.00 | $17.75 |
| Tue, Oct 31, 03:02PM | Business - Business | Humble TX to Houston TX | - | $0.655 | 11.0 mi | $7.21 | $0.00 | $0.00 | $7.21 |
| | | | | Page Totals | 57.10 mi | $37.41 | $0.00 | $0.00 | $37.41 |
| | | | | Report Totals | 850.70 mi | $557.21 | $0.00 | $0.00 | $557.21 |

This report is generated by MileIQ • The leading automatic mileage tracker for compliant business mileage reports for individuals and companies • Visit www.mileiq.com to learn more.

page 9 from 9

EXHIBIT-C13

## Mileage Report

**MileIQ**

**Report date range**
Nov 01, 2023 to Nov 30, 2023

**Business Rate**
$0.655/mi

### Report Summary

| Total value | Business value | Personal value | Parking | Tolls ($) | Total distance | Total drives |
|---|---|---|---|---|---|---|
| **$337.99** | **$337.99** | **$0.00** | **$16.89** | **0.00** | **516.00 mi** | **52** |

### Vehicle Summary

| Summary | | Distance in Miles | | | | Schedule C Vehicle Expenses | | | | Deductible Personal Miles | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vehicle | Odometer (Start of Yr) | Business | Commute | Personal (Other) | Total Distance | Business Value | Parking | Tolls | Total Business Value | Medical | Moving | Charity |
| BMW 335 i | - | 516.00 mi | 0.00 mi | 0.00 mi | 516.00 mi | $337.99 | $16.89 | $0.00 | $354.88 | 0.00 mi | 0.00 mi | 0.00 mi |
| Totals | - | 516.00 mi | 0.00 mi | 0.00 mi | 516.00 mi | $337.99 | $16.89 | $0.00 | $354.88 | 0.00 mi | 0.00 mi | 0.00 mi |

EXHIBIT-C14

## Mileage Report

📅 **Report data range**
Nov 01, 2023 to Nov 30, 2023

$ **Business Rate**
$0.655/mi

🚗 **MileIQ**

### 🚗 Drive log: BMW 335 I

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|---|---|---|---|---|---|---|---|---|---|
| Tue, Nov 07, 11:40AM | Business - Business | Katy TX to Katy TX | they do in-house injections when they have to run test its far and wind but they use quest.. | $0.655 | 7.7 mi | $5.04 | $0.00 | $0.00 | $5.04 |
| Tue, Nov 07, 12:21PM | Business - Business | Katy TX to Cypress TX | This office is apart of HCA and they use Labcorp can try and send but they young lady says.. | $0.655 | 13.5 mi | $8.84 | $0.00 | $0.00 | $8.84 |
| Tue, Nov 07, 01:34PM | Business - Business | Cypress TX to Houston TX | Was informed they are apart of a group the desision makers. but to give infor and they wo.. | $0.655 | 14.5 mi | $9.50 | $0.00 | $0.00 | $9.50 |
| | | | | **Page Totals** | 35.70 mi | **$23.38** | **$0.00** | **$0.00** | **$23.38** |
| | | | | **Report Totals** | 516.00 mi | **$337.99** | **$16.89** | **$0.00** | **$354.88** |

EXHIBIT-C15

## Mileage Report

**MileIQ**

📅 **Report data range**
Nov 01, 2023 to Nov 30, 2023

$ **Business Rate**
$0.655/mi

### 🚗 Drive log: BMW 335 I

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|---|---|---|---|---|---|---|---|---|---|
| Mon, Nov 06, 09:17AM | Business - Business | Houston TX to Sugar Land .. | - | $0.655 | 17.5 mi | $11.46 | $0.00 | $0.00 | $11.46 |
| Tue, Nov 07, 09:08AM | Business - Business | Memorial TX to The Memoria.. | Adrian team@houstonpainservices.com | $0.655 | 4.0 mi | $2.62 | $0.00 | $0.00 | $2.62 |
| Tue, Nov 07, 09:45AM | Business - Business | Houston TX to Katy TX | lroiz@accessmasa.com email for a lunch office of 10 | $0.655 | 21.0 mi | $13.76 | $0.00 | $0.00 | $13.76 |
| Tue, Nov 07, 10:42AM | Business - Business | Katy TX to Katy TX | Don't see a lot of those type where they need controlled meds | $0.655 | 2.1 mi | $1.38 | $0.00 | $0.00 | $1.38 |
| Tue, Nov 07, 10:55AM | Business - Business | Houston TX to Katy TX | katy pain say focus more on body healing | $0.655 | 19.5 mi | $12.77 | $0.00 | $0.00 | $12.77 |
| | | | | **Page Totals** | 64.10 mi | $41.99 | $0.00 | $0.00 | $41.99 |
| | | | | **Report Totals** | 516.00 mi | $337.99 | $16.89 | $0.00 | $354.88 |

EXHIBIT-C16

## Mileage Report

**M** MileIQ

📅 **Report data range**
Nov 01, 2023 to Nov 30, 2023

$ **Business Rate**
$0.655/mi

🚗 **Drive log: BMW 335 I**

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Tue, Nov 07, 02:11PM | Business - Business | Fairfield P.. to Cypress TX | Called a few offices for the next day had seen 8 in the area . Need more flyers, or a digi.. | $0.655 | 3.5 mi | $2.29 | $0.00 | $0.00 | $2.29 |
| Wed, Nov 08, 09:14AM | Business - Business | Houston TX to Bellaire TX | one medical says at the current time not moving services . happy with what they have. | $0.655 | 12.1 mi | $7.93 | $0.00 | $0.00 | $7.93 |
| Wed, Nov 08, 09:58AM | Business - Business | Bellaire TX to Houston TX | this pain clinic has its own in-house that they are trying to form. | $0.655 | 2.8 mi | $1.83 | $0.00 | $0.00 | $1.83 |
| Wed, Nov 08, 10:47AM | Business - Business | Greenway/Up.. to River Oaks .. | Ms Joy @riveroaksdoctoergroup eamil them after the new year but using mail out fab | $0.655 | 1.9 mi | $1.24 | $0.00 | $0.00 | $1.24 |
| | | | | **Page Totals** | **20.30 mi** | **$13.29** | **$0.00** | **$0.00** | **$13.29** |
| | | | | **Report Totals** | **516.00 mi** | **$337.99** | **$16.89** | **$0.00** | **$354.88** |

EXHIBIT-C17

## Mileage Report

**MileIQ**

📅 **Report data range**
Nov 01, 2023 to Nov 30, 2023

$ **Business Rate**
$0.655/mi

### 🚗 Drive log: BMW 335 I

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Wed, Nov 08, 11:24AM | Business - Business | River Oaks .. to Houston TX | omwesthasehealth@gmail they currently are in use of another lab but possibly would swap. s.. | $0.655 | 15.3 mi | $10.02 | $0.00 | $0.00 | $10.02 |
| Wed, Nov 08, 01:03PM | Business - Business | Houston TX to Bellaire TX | not looking at the point possible in new yr | $0.655 | 12.9 mi | $8.45 | $0.00 | $0.00 | $8.45 |
| Wed, Nov 08, 01:53PM | Business - Business | Bellaire TX to Houston TX | one medical is not looking to swap at this point have said contract | $0.655 | 4.8 mi | $3.14 | $0.00 | $0.00 | $3.14 |
| Wed, Nov 08, 02:43PM | Business - Business | Greenway/Up.. to Westside TX | not looking at this point | $0.655 | 12.0 mi | $7.86 | $0.00 | $0.00 | $7.86 |
| | | | | Page Totals | 45.00 mi | $29.47 | $0.00 | $0.00 | $29.47 |
| | | | | Report Totals | 516.00 mi | $337.99 | $16.89 | $0.00 | $354.88 |

EXHIBIT-C18

## Mileage Report



📅 **Report data range**
Nov 01, 2023 to Nov 30, 2023

$ **Business Rate**
$0.655/mi

🚗 **Drive log: BMW 335 I**

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Wed, Nov 08, 03:40PM | Business - Business | Westside TX to South Main .. | spoke with office manager not lookImng | $0.655 | 15.9 mi | $10.41 | $0.00 | $0.00 | $10.41 |
| Thu, Nov 09, 09:22AM | Business - Business | Memorial TX to Kingwood TX | says that they have a case by case situation not many tho | $0.655 | 34.6 mi | $22.66 | $0.00 | $0.00 | $22.66 |
| Thu, Nov 09, 10:40AM | Business - Business | Kingwood Ki.. to Kingwood Ki.. | more family prac if not much toxic but other stuff | $0.655 | 1.4 mi | $0.92 | $0.00 | $0.00 | $0.92 |
| Thu, Nov 09, 10:53AM | Business - Business | Kingwood Ki.. to Kingwood Ki.. | - | $0.655 | 0.0 mi | $0.00 | $0.00 | $0.00 | $0.00 |
| Thu, Nov 09, 11:25AM | Business - Business | Kingwood Ki.. to Kingwood Ki.. | this ortho office is using a lab that is part of the docs group . Not looking at the curre.. | $0.655 | 0.1 mi | $0.07 | $0.00 | $0.00 | $0.07 |
| | | | **Page Totals** | | **52.00 mi** | **$34.06** | **$0.00** | **$0.00** | **$34.06** |
| | | | **Report Totals** | | **516.00 mi** | **$337.99** | **$16.89** | **$0.00** | **$354.88** |

This report is generated by MileIQ • The leading automatic mileage tracker for compliant business mileage reports for individuals and companies • Visit www.mileiq.com to learn more.

page 6 from 14

EXHIBIT-C19

## Mileage Report

**MileIQ**

📅 **Report data range**
Nov 01, 2023 to Nov 30, 2023

$ **Business Rate**
$0.655/mi

### 🚗 Drive log: BMW 335 I

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Thu, Nov 09, 11:58AM | Business - Business | Kingwood Ki.. to Kingwood Ki.. | Joe says that they are happy with whom they currently have | $0.655 | 1.2 mi | $0.79 | $0.00 | $0.00 | $0.79 |
| Thu, Nov 09, 01:02PM | Business - Business | Houston TX to Humbie TX | family brat dose more of normal lab work, if we can run that it could be a possible go. | $0.655 | 5.6 mi | $3.67 | $0.00 | $0.00 | $3.67 |
| Thu, Nov 09, 01:45PM | Business - Business | Humble TX to Spring TX | spoke with them earlier and finialy got to meet with office manager . They are open to add.. | $0.655 | 32.3 mi | $21.16 | $0.00 | $0.00 | $21.16 |
| Thu, Nov 09, 03:21PM | Business - Business | Spring TX to The Woodlan.. | pain mang has deal with a private lab not looking at this point callong other offices 4.. | $0.655 | 4.0 mi | $2.62 | $0.00 | $0.00 | $2.62 |
| | | | **Page Totals** | | 43.10 mi | $28.24 | $0.00 | $0.00 | $28.24 |
| | | | **Report Totals** | | 516.00 mi | $337.99 | $16.89 | $0.00 | $354.88 |

EXHIBIT-C20

## Mileage Report

**MileIQ**

📅 **Report data range**
Nov 01, 2023 to Nov 30, 2023

💲 **Business Rate**
$0.655/mi

### 🚘 Drive log: BMW 335 I

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Fri, Nov 10, 09:13AM | Business - Business | Houston TX to Sugar Land .. | Texas pain says not looking at this time in transition of office staff but posible in the .. | $0.655 | 16.8 mi | $11.00 | $0.00 | $0.00 | $11.00 |
| Fri, Nov 10, 10:18AM | Business - Business | Colony Mead.. to Sugar Land .. | Not sure what they will be using a new lab or have something with their own in house | $0.655 | 0.6 mi | $0.39 | $0.00 | $0.00 | $0.39 |
| Fri, Nov 10, 11:15AM | Business - Business | Colony Mead.. to Sugar Land .. | not seeing a lot of those type of casese where toxic have to be taken . they are predictin.. | $0.655 | 4.4 mi | $2.88 | $0.00 | $0.00 | $2.88 |
| Fri, Nov 10, 11:52AM | Business - Business | Sugar Land .. to Houston TX | Dr. Khorsandi office says not at this moment. | $0.655 | 19.0 mi | $12.45 | $0.00 | $0.00 | $12.45 |
| | | | **Page Totals** | | 40.80 mi | $26.72 | $0.00 | $0.00 | $26.72 |
| | | | **Report Totals** | | 516.00 mi | $337.99 | $16.89 | $0.00 | $354.88 |

EXHIBIT-C21



## Mileage Report

📅 **Report data range**
Nov 01, 2023 to Nov 30, 2023

$ **Business Rate**
$0.655/mi

---

🚗 **Drive log: BMW 335 I**

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Fri, Nov 10, 01:02PM | Business - Business | Montrose TX to Alief TX | fridays are bad days office staff leaves early | $0.655 | 13.9 mi | $9.10 | $0.00 | $0.00 | $9.10 |
| Fri, Nov 10, 01:50PM | Business - Business | Houston TX to Sugar Land .. | - | $0.655 | 19.4 mi | $12.71 | $0.00 | $0.00 | $12.71 |
| Fri, Nov 10, 02:41PM | Business - Business | Sugar Land .. to Stafford TX | this ortho offie is making a few new changes pls come back not lookig today | $0.655 | 4.5 mi | $2.95 | $0.00 | $0.00 | $2.95 |
| Fri, Nov 10, 03:24PM | Business - Business | Stafford TX to Sugar Land .. | - | $0.655 | 5.5 mi | $3.60 | $0.00 | $0.00 | $3.60 |
| Mon, Nov 13, 09:07AM | Business - Business | Houston TX to Sugar Land .. | - | $0.655 | 17.5 mi | $11.46 | $0.00 | $0.00 | $11.46 |
| Tue, Nov 14, 09:13AM | Business - Business | Memorial TX to Steeplechas.. | dr. rezik office is open but not sure if the office will bw wiling to swap. | $0.655 | 13.9 mi | $9.10 | $0.00 | $0.00 | $9.10 |
| Tue, Nov 14, 09:41AM | Business - Business | Steeplechas.. to Fallbrook C.. | - | $0.655 | 0.9 mi | $0.59 | $0.00 | $0.00 | $0.59 |
| | | | | **Page Totals** | **75.60 mi** | **$49.51** | **$0.00** | **$0.00** | **$49.51** |
| | | | | **Report Totals** | **516.00 mi** | **$337.99** | **$16.89** | **$0.00** | **$354.88** |

EXHIBIT-C22

## Mileage Report

**MileIQ**

📅 **Report data range**
Nov 01, 2023 to Nov 30, 2023

💲 **Business Rate**
$0.655/mi

### 🚗 Drive log: BMW 335 I

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Tue, Nov 14, 10:28AM | Business - Business | Fallbrook C.. to Houston TX | dr. Baominh p. viny office says they use labcorp but come back at a later date | $0.655 | 18.3 mi | $11.99 | $0.00 | $0.00 | $11.99 |
| Tue, Nov 14, 11:42AM | Business - Business | Houston TX to Hastings Gr.. | new office called last week about coming to see and no luch the manger was gone for the da... | $0.655 | 18.3 mi | $11.99 | $0.00 | $0.00 | $11.99 |
| Tue, Nov 14, 01:12PM | Business - Business | Hastings Gr.. to Celaya TX | - | $0.655 | 1.7 mi | $1.11 | $0.00 | $0.00 | $1.11 |
| Tue, Nov 14, 01:44PM | Business - Business | Celaya TX to Houston TX | dr. cathy was out the office | $0.655 | 5.3 mi | $3.47 | $0.00 | $0.00 | $3.47 |
| | | | | **Page Totals** | **43.60 mi** | **$28.56** | **$0.00** | **$0.00** | **$28.56** |
| | | | | **Report Totals** | **516.00 ml** | **$337.99** | **$16.89** | **$0.00** | **$354.88** |

EXHIBIT-C23

## Mileage Report



📅 **Report data range**
Nov 01, 2023 to Nov 30, 2023

$ **Business Rate**
$0.655/mi

### 🚗 Drive log: BMW 335 I

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Wed, Nov 15, 09:08AM | Business - Business | Memorial TX to Memorial Ci.. | travel day Yorleni $16.89 for copies from OfficeMax i placed it under parking also see .. | $0.655 | 1.1 mi | $0.72 | $16.89 | $0.00 | $17.61 |
| Thu, Nov 16, 09:18AM | Business - Business | Houston TX to Pearland TX | Texas Pain & Spine 160 - says that they use a locacal lab but could possibly add another .. | $0.655 | 23.0 mi | $15.07 | $0.00 | $0.00 | $15.07 |
| Thu, Nov 16, 11:38AM | Business - Business | Pearland TX to Pearland TX | set up a lunch with office to get a window | $0.655 | 1.2 mi | $0.79 | $0.00 | $0.00 | $0.79 |
| | | | Page Totals | | 25.30 mi | $16.58 | $16.89 | $0.00 | $33.47 |
| | | | Report Totals | | 516.00 mi | $337.99 | $16.89 | $0.00 | $354.88 |

EXHIBIT-C24

## Mileage Report

**MileIQ**

📅 **Report data range**
Nov 01, 2023 to Nov 30, 2023

$ **Business Rate**
$0.655/mi

🚗 **Drive log: BMW 335 I**

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Thu, Nov 16, 01:16PM | Business - Business | Pearland TX to Shadow Cree.. | pain clinic that sees about 50 -60n in a 7 to 8 day time frame . set up a lunch possibley .. | $0.655 | 3.2 mi | $2.10 | $0.00 | $0.00 | $2.10 |
| Thu, Nov 16, 01:57PM | Business - Business | Shadow Cree.. to Pearland TX | uses quest lab and another local that is running a 2 day turn around | $0.655 | 3.8 mi | $2.49 | $0.00 | $0.00 | $2.49 |
| Thu, Nov 16, 02:42PM | Business - Business | Pearland TX to Pearland TX | coukld be open to the idea lunch for 9 | $0.655 | 4.0 mi | $2.62 | $0.00 | $0.00 | $2.62 |
| Thu, Nov 16, 03:22PM | Business - Business | Pearland TX to Pearland TX | went back to location drpurvi patel office says they have a lab already set in place mad.. | $0.655 | 4.0 mi | $2.62 | $0.00 | $0.00 | $2.62 |
| | | | | **Page Totals** | **15.00 mi** | **$9.83** | **$0.00** | **$0.00** | **$9.83** |
| | | | | **Report Totals** | **516.00 mi** | **$337.99** | **$16.89** | **$0.00** | **$354.88** |

EXHIBIT-C25

## Mileage Report

**M** MileIQ

📅 **Report data range**
Nov 01, 2023 to Nov 30, 2023

$ **Business Rate**
$0.655/mi

### 🚗 Drive log: BMW 335 I

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Fri, Nov 17, 09:13AM | Business - Business | Houston TX to Pearland TX | had called the day b4 and was told to come in and they dont do much mor of a all arounfd .. | $0.655 | 30.5 mi | $19.98 | $0.00 | $0.00 | $19.98 |
| Fri, Nov 17, 10:19AM | Business - Business | Pearland TX to Pearland TX | they are a part of a doctor's group already so they wouldn't be able to send at this time... | $0.655 | 4.2 mi | $2.75 | $0.00 | $0.00 | $2.75 |
| Fri, Nov 17, 11:05AM | Business - Business | Pearland TX to Pearland TX | dr.coulter says they wont run many tests itas a hit more miss but uses lab corp | $0.655 | 6.3 mi | $4.13 | $0.00 | $0.00 | $4.13 |
| Fri, Nov 17, 02:05PM | Business - Business | Pearland TX to Houston TX | psych says they dont see many but would take the into and look over to fallow up | $0.655 | 14.4 mi | $9.43 | $0.00 | $0.00 | $9.43 |
| | | | **Page Totals** | | 55.40 mi | **$36.29** | **$0.00** | **$0.00** | **$36.29** |
| | | | **Report Totals** | | 516.00 mi | **$337.99** | **$16.89** | **$0.00** | **$354.88** |

EXHIBIT-C26

## Mileage Report

**M MileIQ**

📅 **Report data range**
Nov 01, 2023 to Nov 30, 2023

$ **Business Rate**
$0.655/mi

🚗 **Drive log: BMW 335 I**

| When | Why | Where | Notes | Rate | Distance* | Value | Parking | Tolls | Total |
|------|-----|-------|-------|------|-----------|-------|---------|-------|-------|
| Fri, Nov 17, 03:05PM | Business · Business | Pearland TX to Pearland TX | time I left office was 100 till 4 pm | $0.655 | 0.1 mi | $0.07 | $0.00 | $0.00 | $0.07 |
| | | | | **Page Totals** | **0.10 mi** | **$0.07** | **$0.00** | **$0.00** | **$0.07** |
| | | | | **Report Totals** | **516.00 mi** | **$337.99** | **$16.89** | **$0.00** | **$354.88** |