# EXHIBIT-D

EXHIBIT-D1

**Report for last week the 1st**

Mon 12/4/2023 3:25 PM

From: "Bryce Brown"

To: "Carla Acosta"; "Chandresh Patel"

Message

The week of November 27th. – December 1st.

For the week of November 27, through December 1, it goes as follows:

On the report you will see from after our meeting on Thursday November 30th, at around or about 10:45 am. Anything prior to that meeting far as offices that where visited and notes on travel logs may not be labeled. Monday, Tuesday, and Wednesday had already been completed. The millage log prior to the date of the meeting will also not show as you'd like because the millage is always two weeks behind. However, moving forward from Thursday afternoon November 30th, and completion of Friday December 1st, has the information that you had requested.

For the week of December 4 through December 8, I have one known luncheon on my calendar for 5 with Dr Eugene Stafford. 1 will be taking with me the swabs in the urine cups along with a box to place outside the office when I go to the office. Dr. Strafford is in two locations, one in Pearland and the other in Sugarland. I will be meeting in the Pearland location.

While I wait for the new material to be ordered and arrive, I have made a few new black and white copies here in the office.

Monday 27th:
OnPoint Lab office day an made calls for offices this week.

OnPoint Lab office day an made calls for offices this week.

Tuesday 28th:

Katy Pain & Spine – Spoke with and was informed to send over an email with any information

Houston Spine & Rehab. Stacy says they don't do labs in the office they are more so a referral.7136524052. 2655 Cordes Dr.

STMC Orthopedics & Sport Med. Six different offices I dropped into each of the offices and found only one ran labs, however he is the office that will run the labs for them and send them out. Lunch with Dr. Eugene Stafford. 2812074000.6909 Brislan Ct.

Ace Pain Mang. Spoke with Dr. Surya Rajutin she says they use us 8325320050. 1235 Lake Pointe Pkwy.

Texas Pain & Regenerate. Ms. Karen stated that they don't do draws in the office they send them out.8324869346. 11226 Southwest Freeway.

EXHIBIT-D3

and they will review and reach back out. 2815047455

Houston Pain Service – Spoke with and with the holidays they are swamped and to try back in January or I could set up a lunch meeting with Dr. Dumitro.7137156247

Chapions Choice Pain and Injections: Spoke with Heather and they don't do much for the ones they do are ran by Quest 2813293577

Katy Premier: Was informed by that at this current time they are staying with whom they have. However, with the new coming they could change 2819782624

Advanced Interventional Pain: Have client's go to hospital 2817174902

Town & Country Family: They do not do toxic in their office 7133412100

Katy Pain Specialist: I've spoken with this office before, and they are happy with the service they have 2816658552

Premier Oncology Memorial. Says they are not in the bid for a new service at the current moment. 2815566622

Wednesday 29th:

Kingwood Family Practice and Associate: Spoke with and was informed that they are not looking they have 3 labs they currently using.

The office of Dr. Mona Berdage office: DoctDr. B281-359-2080

Millennium Physicians and Family Practice 281-354-2080

Minivasie Pain and Orthopedics :346-800-6002 Thursday 30th: OnPoint Lab for meeting.

Thursday 30th:

Jason Hale MD: Jason is the doctor and he said he's not doing any out of his office 2819557577

Legacy Pain Assoc. Dr. Clayton is not looking right now he says.8329532280

Cross Pointe Medical Clinic: Lynett says to come back closer to the new year overbooked and understaffed. 2813051114

Friday 1st :

Brazo Pain Mang. Spoke with Bianca she said they send patients to hospital to have labs done.2813591075. 2225 William Trace Blvd

Texas Pain. Karen the office manager says they are happy with Lab Corp. They could swap but it would have to be discussed after the 1st of the year. 8324869346. 4660 Sweetwater Blvd

17

1/16/13/2023 3:54 PM ·
om: J8
o: Carr          an Patel", "Lyndon Fullen"

lessage

ood afternoon,

ext week, I have one potential lunch scheduled and two meetings with Office Managers to give them a rundown of the services that we offer
ne of the officers asked me do we run hormones out of our office, I informed them that that is something that we would have to send out

been trying focusing on the League City and waiting to set up a few meetings. I've noticed that to be productive, maybe if we can bypass a breakfast or Lunch we can provide a snack of
me sort to obtain the meeting.

e reached out to a few offices in the Huntsville and Cleveland area via phone call on Monday to try and set up meetings before making that drive. I'm awaiting call backs from the
fices.

ave followed up with offices in the woodlands , Cypress, and kingwood areas. More flyers will be needed.  I'm trying to think of creative ways to stick out at the offices, even if it's just
ying small bags of candy when you drop off a flyer to set up a meeting.

iryce Brown
lon 11/20/2023 4:03 PM o,
rom: "Bryce Brown",
o: "Chandresh Patel",
c: "Carla Arceda", "Yoriani Meren"

Aessage   · Attachments



Per our conversation this afternoon, the things that will be done:

Today I've created the list for the log. Called a few offices to see if they have any openings to meet with the decision maker. Non really this week have any openings.

Tomorrow, I'll drop in personally to the Long Star office here in Missouri City

The places I have gone are in the google shared file

For the Week of the Nov. 27th – Dec. 1st looks at

I've been in communication with Daniel and meeting up with a gentleman who has agreed to help me connect with offices. I'd go in as his tag a long in with a few and potentially have to
partake in a lunch of some sort

While we wait for the flyers and marketing martial to arrive. I'll keep in touch with the offices I've previously reached out too. Once the new marketing is in ill reach out to the offices that
seeded most promising and don't have in-house.

Best regards,

Bryce

Bryce Brown

EXHIBIT-D5

**From:** "Bryce Brown" <bbrown@ONPOINTLAB.COM>
**Sent:** Friday, August 18, 2023 10:09 AM
**To:** "Chandresh Patel" <cpatel@ONPOINTLAB.COM>, "Carla Acosta" <cacosta@ONPOINTLAB.COM>
**Subject:** Leads

Good morning,

Here are a few offices and Phyicians I saw that the previous marketing rep. touched base with. If any of these are worth a shot at touching base with again, I will do so next week.

- Premier Oncology: Mohammad Riza, M.D
- Life Stance: Holly.Terrazas@lifestance.com
- North Laker Path: Aharrell@northlakespine.com
- Duaie Family Clinic: Damari, duartefamilyclinic@gmail.com
- Jose. I. Mayen M.D: mayenoffice561@yahoo.com
- HRC: Lisa Pham M.D: lisa.pham23@yahoo.com
- Kemah Palm Recovery: Daniel.Scott@kemah.com
- Progressive Womans Health: Asiambsn@gmail.com
- Houston Harmony House: Kathy Davis, davistelehealth@gmail.com
- Suncoast Medical Group: Onyinye Agim, anayo@suncoasting.com
- G & A Wellness Clinic: Dr. Ghada Sager, abraham@gnawellnessclinic.com
- Khalid M. Chaudhary M.D:
- Katy Wellness Center & Family Physicians: Dilawarajani@katywellnesscenter.com
- Long Point Medical Center: No contact given.
- Texas Pain Physicians: Seema Rasheed
- Premier Pain & Wellness Center: Vu Tran, ppwellnesscenter@gmail.com
- Rocky Creek Family Medicine: Hillary Spears & Deirdre McMullen
- PremierCare: Rebecca Nouhan
- Houston Internal Medicine & Associates: Lakshmi Reddy M.D & Vijayshekar Elgti M.D

- West Chase Health Clinic: Tanveer Syed M.D,
  omwestchasehealth@gmail.com
- River Oaks Doctors Group: Jay B. Davis M.D,
  jay@riveroaksdoctorsgroup.com

•

- Katy Pain & Spine: Lulu Roiz M.D, Karan Madan M.D, Nimish Dave M.D,
  Dawnna Walton M.D
- Pain Management: Bobby Pervez M.D
- Interventional Ortho Pedics: Dr. Ugochi Azuine,
  info@sugarlandregenerative.com
- Houston Pain Services: Adrian C. Dumitru, team@houstonpainservices.com
- (Dallas, Texas) Pain Specialists of America: Dr. Jamal Hasoon
- Fort Bend Primary Care: Anil Patel M.D
- DeTar Medical Group: Brian Parks M.D

Best regards,

Bryce Brown

 OnPoint Lab

145 Promenade Way, Suite 2

Sugar Land, TX 77479

(281) 763-8151 Cell

(832) 939-8480 Office

(888) 541-2054 Fax

BBrown@onpointlab.com

www.onpointlab.net

CONFIDENTIALITY NOTICE: The information transmitted is intended only for the addressee(s)
and may contain confidential or privileged material, or both. Any review, receipt, dissemination
or other use of this information by non-addressees is prohibited. If you received this in error
or are a non-addressee, please contact the sender and delete the transmitted information.

Good morning,

Here are a few offices and Phyicians I saw that the previous marketing rep.
touched base with. If any of these are worth a shot at touching base with again, I
will do so next week.

- Premier Oncology: Mohammad Riza, M.D
- Life Stance: Holly.Terrazas@lifestance.com
- North Laker Path: Aharrell@northlakespine.com
- Duaie Family Clinic: Damari, duartefamilyclinic@gmail.com
- Jose. I. Mayen M.D: mayenoffice561@yahoo.com
- HRC: Lisa Pham M.D: lisa.pham23@yahoo.com
- Kemah Palm Recovery: Daniel.Scott@kemah.com
- Progressive Womans Health: Asiambsn@gmail.com
- Houston Harmony House: Kathy Davis, davistelehealth@gmail.com
- Suncoast Medical Group: Onyinye Agim, anayo@suncoasting.com
- G & A Wellness Clinic: Dr. Ghada Sager, abraham@gnawellnessclinic.com
- Khalid M. Chaudhary M.D:
- Katy Wellness Center & Family Physicians:
  Dilawarajani@katywellnesscenter.com
- Long Point Medical Center: No contact given.
- Texas Pain Physicians: Seema Rasheed
- Premier Pain & Wellness Center: Vu Tran, ppwellnesscenter@gmail.com
- Rocky Creek Family Medicine: Hillary Spears & Deirdre McMullen
- PremierCare: Rebecca Nouhan
- Houston Internal Medicine & Associates: Lakshmi Reddy M.D & Vijayshekar
  Elgti M.D
- West Chase Health Clinic: Tanveer Syed M.D,
  omwestchasehealth@gmail.com
- River Oaks Doctors Group: Jay B. Davis M.D,
  jay@riveroaksdoctorsgroup.com

EXHIBIT-D8

- Katy Pain & Spine: Lulu Roiz M.D, Karan Madan M.D, Nimish Dave M.D, Dawnna Walton M.D
- Pain Management: Bobby Pervez M.D
- Interventional Ortho Pedics: Dr. Ugochi Azuine, info@sugarlandregenerative.com
- Houston Pain Services: Adrian C. Dumitru, team@houstonpainservices.com
- (Dallas, Texas) Pain Specialists of America: Dr. Jamal Hasoon
- Fort Bend Primary Care: Anil Patel M.D
- DeTar Medical Group: Brian Parks M.D

Best regards,

Bryce Brown



145 Promenade Way, Suite 2

Sugar Land, TX 77479

(281) 763-8151 Cell

(832) 939-8480 Office

(888) 541-2054 Fax

BBrown@onpointlab.com

www.onpointlab.net

CONFIDENTIALITY NOTICE: The information transmitted is intended only for the addressee(s) and may contain confidential or privileged material, or both. Any review, receipt, dissemination or other use of this information by non-addressees is prohibited. If you received this in error or are a non-addressee, please contact the sender and delete the transmitted information.

- Bridge Creek Family Medicare PLLC 16700 House 832-220-5103 (Not currently looking)

- Cross Pointe Medical Clinic 7630 Fry Rd/281-305-1114 (Not currently looking)

- Legacy Pain Associates 9920 Cypresswood Dr/832-953-2280 (Not currently looking)

- North Cypress Pain Mang. 21212 Northwest Freeway/281-517-0020 (Not currently looking)

- Jason Hale MD 9645 Barker Cypress Rd/281-955-7577 (Not currently looking)

- Edward Baumgartner 17314 TX 249/832-960-7999 (Not currently looking)

- Barker Cypress Family Practice 9740 Barker Cypress/281-550-7600 (Not currently looking)

- Pain Relief Associates 2770 Northwest FWY/713-863-7246 (Not currently looking)

### *Kirby Area & Inner Houston*

- Pain & Headache One Medical 5959 West Loop South/713-222-7246 (Not currently looking)

- South Kirby Pain Relief Center 9315 Kirby Dr/713-799-2342 (Not currently looking)

- Katy Pain Specialist 24608 Kingsland Blvd / 281-665-8552 (Not currently looking)

- Expert Pain Shabre Taria MD & Loannis Skaribas 11451 Katy FWY / 325-648-0831 (Not currently looking)

- Advanced Interventional Pain 21830 Kingsland Blvd 102 / 281-717-4902 Jamie (Not currently looking)

- Alpha Health Psych. 26622 Cook / 281-819-2857 (Don't need that type of service in the office) *Mercy Osaghae*

- Town & Country Family 10497 Town and Country / 713-341-2100 (Not currently looking)

- Premier Oncology Memorial 9230 Katy Freeway (Mail@Premieronocology.com) (currently using quest & LabCorp)

- CYPRESS Advocate Pain Management 9539 Hoffmeister Rd / 713-475-8686 (currently looking to swap in the coming months) *Dr. do ses*

- Bridge Creek Family Medicare PLLC 16700 House 832-220-5103 (see a lot of patients but not that type) *Sarah*

## *CYPRESS*

- Advocate Pain Management 9539 Huffmeister Rd / 713-475-8686 (Not currently looking)

*Katy*

- Cinco Ranch 5757 Flewell Oaks 713-332-4388 (Not interested at the current moment)

- Katy Care Medical Clinic 21314 Provincial Blvd 281,679-1718 (Not looking at current time)  *Khan*  579 / 529

- Arthritis Clinic 2630 N. Mason Rd 281-712-8360 Dr. Kugasia & Dr. Malani 1216 NW Freeway/ 9816 Memorial Blvd/ 27700 NW Freeway (Lab set up already)

- Houston Pain Services Adrian C. Dumitro MD 9055 Katy FWY suite 311/ 713-715-6247 (Best way to contact and speak with a decision maker is via email if not setting up a lunch. Team@houstonpainservices.com)

- Dr. Salim Durrani MD 11777 S. Katy FWY/ 281-367-1414 (don't see a lot)

- Katy Pain & Spine 1332 Pin Oak Road/ 281-504-7455 Karan Madan 713-714-7192 Nimish Dave 281-717-0076 Please reach out via email: iroiz@accessmsa.com (Not actively looking at the current time)

- Dr. Ravaet K. Nagi MD 24510 Kingsland Blvd/281-394-2390 (currently quest)

- Champions Choice Pain & Injections Clinic 3111 N Fry RD suite 130/281-329-3577 (Do Not See Patients on that level)

- Katy Premier Primaz 633 & Fiernhurst Dr, Suite 1203/281-978-2624 (Not currently looking)

- Karis Med Family Medical 4011 FM 1463/832-930-7799 (currently looking to open in-house)  *Bnyr*

- Greater Austin Pain Center (5) Doctors 5920 W. William Cannon Dr. building 6-150 Austin Texas 78749 (512-298-1645)

- Advanced Pain Care 6000 S. McPac Expy suite 100 3418 N. Lamar Blvd (512-244-4272)

- Capitol Pain Insitute 2 locations 52oo Davis Lane suite 1320

- Pain Specialists of America 4100 Duval Rd building 3 suite100 (512-836-1200)

- Excelsior Pain Management 1600 W.38th Suite 300 (512-846-3100)

- Dr. Daid Kim, MD 4544 S. Lamar Blvd 1-844-789-7246

- Pain Specialists of America 4316 James Casey (512-498-1029)

- Balcones Pain Consultant Matthew MC. Carty 5200 B. Davis Ln (512-729-3454)

- Dr. Rey Ximenes MD 6000 S. McPac Espy (512-440-4272)

- Mahan Ostadian, DO 13617 Caldwell Dr. (512-219-8707)

- Diagnostic Pain Center- South 2765 Bee Cane Rd (512-981-7246)

- Ascent Pain Solutions- North Austin 2200 Park Bend (737-252-3349)

- Texas Pain & Orthopedics 201 N. Heather Wilde (512-738-8811)

✓• Houston Pain & Spine Kingwood 215 Kingwood Executive/823-436-4040 (Not currently looking) Dr. Chaudhy

✓• North Houston Pain Clinic and Pain Doctor Kingwood 24018 US-5-KIngwood/281-446-6278 Joe Carlon (Not currently looking)

⊙ Minivasie Pain & Orthopedics 310 Kingwood Executive/346-800-6002 (Not currently looking)

• Northwest Family Medicine 2714 W. Lake Houston Pkwy/281-360-8898 (currently happy where they are)

⊙ Millennium Physicians & Family Practice 415 Kingwood Medical Dr./281-354-2080 (Not currently looking)

✓ Jose Imayen 561 W. Medical Center Blvd/281-332-1075 (mayenofficestl@yahoo.com) (Not currently looking)

⊙ Dr. Mona Berdages 451 Kingwood Medical dr./281-359-2080 (Not currently looking)

*Sugarland*

⊙ Brazo Pain Mang 2225 William Trace Blvd/281-240-4300 Wilson Almonte MD (Not currently looking)

⊙ Texas Pain 4660 Sweetwater Blvd/ 832-486-9346 (Not currently looking)

EXHIBIT-D14

**From:** "Bryce Brown" <bbrown@ONPOINTLAB.COM>
**Sent:** Friday, August 18, 2023 10:09 AM
**To:** "Chandresh Patel" <cpatel@ONPOINTLAB.COM>, "Carla Acosta" <cacosta@ONPOINTLAB.COM>
**Subject:** Leads

Good morning,

Here are a few offices and Phyicians I saw that the previous marketing rep.
touched base with. If any of these are worth a shot at touching base with again, I
will do so next week.

- Premier Oncology: Mohammad Riza, M.D
- Life Stance: Holly.Terrazas@lifestance.com
- North Laker Path: Aharrell@northlakespine.com
- Duaie Family Clinic: Damari, duartefamilyclinic@gmail.com
- Jose. I. Mayen M.D: mayenoffice561@yahoo.com
- HRC: Lisa Pham M.D: lisa.pham23@yahoo.com
- Kemah Palm Recovery: Daniel.Scott@kemah.com
- Progressive Womans Health: Asiambsn@gmail.com
- Houston Harmony House: Kathy Davis, davistelehealth@gmail.com
- Suncoast Medical Group: Onyinye Agim, anayo@suncoasting.com
- G & A Wellness Clinic: Dr. Ghada Sager, abraham@gnawellnessclinic.com
- Khalid M. Chaudhary M.D:
- Katy Wellness Center & Family Physicians:
  Dilawarajani@katywellnesscenter.com
- Long Point Medical Center: No contact given.
- Texas Pain Physicians: Seema Rasheed
- Premier Pain & Wellness Center: Vu Tran, ppwellnesscenter@gmail.com
- Rocky Creek Family Medicine: Hillary Spears & Deirdre McMullen
- PremierCare: Rebecca Nouhan
- Houston Internal Medicine & Associates: Lakshmi Reddy M.D & Vijayshekar
  Elgti M.D

EXHIBIT-D15

- West Chase Health Clinic: Tanveer Syed M.D,
  omwestchasehealth@gmail.com
- River Oaks Doctors Group: Jay B. Davis M.D,
  jay@riveroaksdoctorsgroup.com
- 

- Katy Pain & Spine: Lulu Roiz M.D, Karan Madan M.D, Nimish Dave M.D,
  Dawnna Walton M.D
- Pain Management: Bobby Pervez M.D
- Interventional Ortho Pedics: Dr. Ugochi Azuine,
  info@sugarlandregenerative.com
- Houston Pain Services: Adrian C. Dumitru, team@houstonpainservices.com
- (Dallas, Texas) Pain Specialists of America: Dr. Jamal Hasoon
- Fort Bend Primary Care: Anil Patel M.D
- DeTar Medical Group: Brian Parks M.D

Best regards,

Bryce Brown

 OnPoint Lab

145 Promenade Way, Suite 2

Sugar Land, TX 77479

(281) 763-8151 Cell

(832) 939-8480 Office

(888) 541-2054 Fax

BBrown@onpointlab.com

www.onpointlab.net

CONFIDENTIALITY NOTICE: The information transmitted is intended only for the addressee(s)
and may contain confidential or privileged material, or both. Any review, receipt, dissemination
or other use of this information by non-addressees is prohibited. If you received this in error
or are a non-addressee, please contact the sender and delete the transmitted information.

EXHIBIT-D16

(281) 763-8151 Cell

(832) 939-8480 Office

(888) 541-2054 Fax

BBrown@onpointlab.com

www.onpointlab.net

CONFIDENTIALITY NOTICE: The information transmitted is intended only for the addressee(s) and may contain confidential or privileged material, or both. Any review, receipt, dissemination or other use of this information by non-addressees is prohibited. If you received this in error or are a non-addressee, please contact the sender and delete the transmitted information.

**From:** "Lyndon Fullen" <lfullen@onpointlab.com>
**Sent:** Saturday, September 2, 2023 7:39 AM
**To:** bbrown@onpointlab.com
**Cc:** "Carla Acosta" <cacosta@onpointlab.com>, "Chandresh Patel" <cpatel@onpointlab.com>
**Subject:** Re: Brown report

Thanks Bryce. Let's plan to meet next Tuesday morning to discuss details and follow up plans. Have a great holiday weekend!

Sent from my iPhone

On Sep 1, 2023, at 3:05 PM, Bryce Brown <bbrown@onpointlab.com> wrote:

?

Happy Friday,

This 1st official week out in the field went well I feel. I removed the toxicology pages out of the pamphlets and gave them out instead of the whole folder. I also informed the offices I'd be dropping back in to give those whom did not receive flyers updated ones.

Next week I plan on dropping in on offices we already call on as well to introduce myself and see if everything is Please find attached the location and in the pdf the noted as to the offices.

EXHIBIT-D17

your testing needs but also client centric and detail-oriented enough to provide personalized services to our clients.

We look forward to having the opportunity to assist those patients.

**Monday to Friday week one.**
Order business cards,
Looked over a revised marketing material,
Became acquainted with fellow employees in the office,
Looked at potential offices to revisit that the previous rep had already called on.
Researched potential clientele.

Jose. I. Mayen M.D: mayenoffice561@yahoo.com
HRC: Lisa Pham M.D: lisa.pham23@yahoo.com

Houston Harmony House: Kathy Davis, davistelehealth@gmail.com

Suncoast Medical Group: Onyinye Agim, anayo@suncoasting.com

**Monday-Wednesday second week.**
Emailed potential clientele.
Looked at the share drive files.
Sketched out a plan for the remaining other week in the beginning of the third week.

West Chase Health Clinic: Tanveer Syed M.D, omwestchasehealth@gmail.com

River Oaks Doctors Group: Jay B. Davis M.D, jay@riveroaksdoctorsgroup.com
nterventional Ortho Pedics: Dr. Ugochi Azuine, info@sugarlandregenerative.com

Houston Pain Services: Adrian C. Dumitru, team@houstonpainservices.com

In my opinion the most important pages need:

Toxicology pages since that is our focus point. if they ask about what all other test, we run then I can show them the others, but if we focused on Toxicology those should be our leading (4) pages and closeout with the (1) New Client Form.

It's possible to shave the information down to a possible 2 or 3 pages, but some important information maybe left off.

*(713) 443-8523*

*cpatel@onpointlab.com*

On Sep 19, 2023, at 6:05 PM, Bryce Brown <bbrown@onpointlab.com> wrote:

Per our conversation this afternoon, the area's I'll be focusing on the rest of this week are as follows:

Wednesday: Kingwood & The Woodlands
Thursday: Tomball & Cypress.
Friday: I'll be in the City in the Kirby Area where I've seen offices but never dropped off official literature other than my business card.

Now that I know it's okay to proceed with the flyers, I have made black-and-white copies. I'll be able to go back to the offices, touch bases with them a bit more, and discuss other needs that can be possibly met since we are focusing on more than just toxicology.

Best regards,

Bryce Brown

 OnPoint Lab

145 Promenade Way, Suite 2

Sugar Land, TX 77479

(281) 763-8151 Cell

(832) 939-8480 Office

(888) 541-2054 Fax

BBrown@onpointlab.com

www.onpointlab.net

CONFIDENTIALITY NOTICE: The information transmitted is intended only for the addressee(s)

and may contain confidential or privileged material, or both. Any review, receipt, dissemination
or other use of this information by non-addressees is prohibited. If you received this in error
or are a non-addressee, please contact the sender and delete the transmitted information.

What's the address and have they requested their meals yet?

*Chandresh Patel*
*OnPoint Lab, LLC*

*(713) 443-8523*
*cpatel@onpointlab.com*

On Sep 25, 2023, at 10:13 AM, Bryce Brown <bbrown@onpointlab.com> wrote:

Good Morning,

Today Monday, September 25, 2023, we have a scheduled lunch meeting
at the "Woodlands Pain Institute" 12:00 O'clock. I am looking forward to seeing you there.

Best regards,

Bryce Brown



145 Promenade Way, Suite 2
Sugar Land, TX 77479
(281) 763-8151 Cell
(832) 939-8480 Office
(888) 541-2054 Fax

The mileage takes time to go through and look at the offices that I've gone to compared to my personal drives. Business and personal drives are not separated. You have to separate them manually. Sorry for the delay. It is set for every time the car is moving, regardless if I'm a passenger or driving. Its tracking is like my app dose for my insurance to track your driving habits.

For the week that was covered, seeing offices and being able to speak with them in person get's a little tricky at times. I see you are not a medical sales rep, so they do one of two things. One can force you to sit or say, Do you have a card? Far and between will see you on that 1st or 2nd visit. Why, when I go back the 3rd or 4th time, am I given the OK to either speak with someone in charge or have them direct me with an email of some sort? They want to see that persistence is something that, I guess, the rep and maybe the company are willing to do.

I have nothing against cold calling, but a prime example was earlier this week with a janitorial service called OnPoint Lab. The service was not even really heard out. They were immediately told. We are happy with the service that we have now. That being said, call-calling a lot of the offices is immediately saying we're happy with what we have, because, in my personal opinion, if you don't make the effort to come in to the office, we don't want to make the effort to give you the green light to come in and talk about the business.

because talking about a product or service during corporate or business hours takes away from the time that I could possibly be doing something else inside my office, so the office wants to see the rep physically in person rather than hearing about the service or the product via phone.

If an email with digital information could be made and approved, I think that it would help some of the offices that have given us an email address to make contact with them. That being said, flyers and new marketing materials are still needed because making black-and-white copies and presenting them to offices in some cases looks a little unprofessional, even though they're most likely going to just take it and set it aside and want to see if you want to come back at a later date and time.

I've spoken with the Dr. Itita office about setting up the other two offices in the Woodlands and Webster County. She is unfortunately all over the place, so it's kind of hard to catch her to sign the other two documents. I have obtained her personal cell phone number. so it's just a matter of her calling me back.

Sending this from my cellphone pled let me know if the attachments where sent with. If not I can use my laptop.

attachmens

Bryce Brown

BryceBrown19@gmail.com

The week of December 4th. – December 8th

For the week of December 4th through December 8th goes as follows:

Friday the 8th I had a lunch meeting with Dr. Eugen Stafford and his staff. The meeting went as follows, I asked him how many patients he sees per day, week and month that have their toxic ran for a refill of their prescription. He started out by saying he's in four different offices threw out the city, and off the top of his head did not know a precise number, however he sees about 30 may 35 of them but they are not all in the same office. He mentioned that he was focusing more on surgery instead of placing the patient on pain meds. I mentioned that where we here at OnPoint are focused on the toxic side and making sure that office staff have a seamless workflow in being able to log in to the portal, having a live person that they can speak with and having those hands-on tailored needs.

He mentioned that they use Quest, and they mail out for most of their lab needs.. I asked him if he would add us to that list of pickups. Where we focused on the toxic side, we here at OnPoint are a lab where we can service your office every need. I explained as he may have already known that when you mail lab samples they can sometimes spill and based on the time frame from when that sample was taken it may affect the results. We'd have Wilma our Courier have this office and any other office site added to the daily pick up.

We wrapped up the meeting with Karen, his assistant being the one to fill out the form and would email or fax it over this week of the 11th Nikki is the one whom I'd have to speak with in the event Ms. Karen is unavailable.

I have gone back, and look looked at a few of the offices that you had highlighted.

(Houston Pain) Becky with Dr. Grover Office says they do see a few around 25 but not a big enough volume to set someone in the office. They do use LabCorp and are not looking to change at this moment. But, to check back after the new year.

(Chapions Choice Pain) Heather said they have a few 20 –25 possibly. They are focused on more injections and removing fluids from the knees and other areas. I offered for more than just Toxic if they were interested and to keep us in mind.

(Advanced Interventional Pain) Clarified that they don't send to the Hospital, they are referred by other Doctors and when a patient comes-in the labs have typically been performed already. I asked what about when the patient has a refill or

something of that matter then what? Response: then they use LabCorp or Quest. They typically don't see a whole lot, but it is a case by case.

(Dr. Mona Berdage) says they are using a lab, I tried to pry and see what lab if not Quest or LabCorp but ended up getting the answer, we are not looking at the current moment.

When it comes to the others I have yet to follow up with them being that was last week. I will be doing so this week. On this week's millage report it may still be a little off from what you are asking for being the millage report is two weeks behind. I believe I made that aware in an email that was sent out last week, I'm just stating it again just in case I failed to do so.

Monday 4th: OnPoint Lab office day made calls for offices this week and followed up with offices that had been seen prior.


Tuesday 5th:

Cinco Ranch 7133324388 Rshiely says that they do not do labs in office of any type, however other offices do refer patients to them for services beyond meds.

Katy Care Medical 2815791718 (spoke with Dr. Khan) and she said she sees a mid-volume but, not enough to have some added in the office to do the job. She also says she has the assistant handle all of where the labs are sent off to. But right now, she doesn't feel that they will be making any changes.

Karis Med Family 8329307799 Britany says that they are not running so much Toxic but the normal lab type of test.

Alpha Health 2818192857 Dr. Osaghae says no won't be doing toxic or any labs.

Bridge Creek Family 8322205103 Sarah says they see patients that need lab work, however it's not Toxic type of labs. I asked who they use for the other labs and was told Quest was who they were sending them out too.

Cypress Advocate Pain Management. Dr. Dorsett says he is more of less med's kind of doctor, He says at this point he is not doing many labs, however Dr. Sheth may have more than need the service. But he's open to more in the coming year.

Wednesday 5th:
Hoston Pain and Spine 8324364040 Dr. Chaudhry says if run any labs he's a part of a group that he has something set up with at the current moment and time.

EXHIBIT-D23

North Houston Pain Clinic "Pain Doctors Kingwood"2814466278 Spoke with Mr. Carlon he said just simply at this present time not looking. Didn't give much more information.

Jose Imayen 2813321075 says this is not the best time, it's the end of the year and that he's going to say that they are not instead currently.

Woodland Pain Institute 2812960188 Shelby says they use Quest for reasons of deals set in play. They are happy with the service that they have and when it comes to toxic, they don't run a lot a lot. Did not have a precise number.

Office of McDonald 7138975900 Spoke with Ryan and he uses Quest and is satisfied with the business that is being done.

Thursday 30th:

Pain & Headache 7132227246 Jess says they are don't run labs out of the office however they will send the client out if any need to be taken.

South Kirby Pain Relief 7137992342 Janace says they do labs just not the toxic type. They have a working deal with LabCorp. I told her we also have a contract with them, and it wouldn't hurt to look at if it could benefit them or not.

Dr.Khorsandi 7133744263 says he has an inhouse that he uses at the current moment.

Modern Pain Mang. 7133601574 Leslie says that use a private lab. They just started using them about 6 months ago.

Friday 8th :

Lunch with Dr Stafford

Texas Institute of Pain and Spine Stacy from the front desk advised me to send all requests via email and they will get back in touch with me. TxPainAndSpin.com

The Pearland Back and Neck Clinic 7133403131 Dr. Ferson says he doesn't see clients that need lab work. He's more of the type that is referred to.

EXHIBIT-D24

Airrosti Pearland 2813787789 Cindy says they are not looking at the moment.
They would reach out if anything should change.

With the offices that have been seen already I feel it would be a good thing to
come around and speak with them at the start of the new year with the new
marketing information

EXHIBIT-D25

# OWCP Doctors Houston

Medical clinic in Spring Valley, Texas

Address: 1012 Campbell Rd, Houston, TX 77055

Phone: (832) 793-6726

# Houston Methodist

# Dr. Kwan Park, MD

8520 Broadway St, Ste 100, Pearland, TX 77584

# Dr. Taylor Brown, MD

Sports Medicine Specialist
Pearland, 8520 W. Broadway Street, Suite 100, Pearland, TX 77584

# Dr. Joshua Woody, MD

Orthopedic Surgeon
8520 W. Broadway Street, Suite 100, Pearland, TX 77584

# Dr. Thomas Rivers, MD

16811 Southwest Fwy, Sugar Land, TX 77479

# Dr. Leonard Kibuule, MD, FAAOS

Orthopedic Surgeon
Texas Regional Physicians

1900 N Loop W, Ste 670, Houston, TX 77018

# Dr. Ali Qadeer, MD

Orthopedic Surgeon
Texas Regional Physicians

1900 N Loop W, Ste 670, Houston, TX 77018

EXHIBIT-D26

- Shavona 3717 College Park Drive (LabCorp)

- Superior Pain Relief 9100 Pine Croft 281-296-0188 (IN- House)

- Houston Pain & Spine Woodlands Dr.Chaudhry 832-436-4040 (Says they use us already)

- Ryan McDonald MD 9180 Pine Croft 713-897-5900 (Quest)

- Woodland Pain Institute Shelby 1006 Windsor Lake 281-296-0188 (Not sure if they will change)

- Yancey Pain & Spine William Yance MD 9200 Pine Croft 346-3451-2948 (Don't see that volume and uses quest for when)

*Austin*

EXHIBIT-D27

- Parris Pain Center 3100 Timmons LN/713-621-3600 (currently using lacorp fro when they do have any)

- Mid Lane Family Practice 3100 Westayna/713622-2200 (Not currently looking come back in janurary)

- One Medical Upper Kirby 3300 Kirby Dr (Not currently looking)

- River Oaks Doctor Group 2001 Kirby Drive/713-927-5147 (Joy@riveroaksdoctoergroup.com) (Not currently looking)

- West Pain Mang. 2550 Gray Falls/281-496-6109 (Not currently looking)

- Greater Houston International Mang. 4747 Bellaire Blvd/713-622-1760 (Not currently looking)

- Eldridge Family Clinic 1809 Eldridge Pkwy/281-946-1351 (Mail out lab contract)

- Modern Pain Mang. 902 Frost wood Dr/713-330-9210 (LabCorp)

- Westchase Health Clinic 13450 Richmond Ave/281-556-0260 (omwestchasehealth@gmail.com) (open to adding another)

- Delta Spine & Pain Clinic 12000 Richmond Ave./281-741-3243

### *Kingwood*

- Kingwood Family Practice & Associate 1850 W. Lake Houston/281-361-2902 (currently using other labs)

EXHIBIT-D28

*Nov 1*

## *Katy*

### *Cinco Ranch*
5757 Flewell Oaks 713-332-4388
( Not interested at the current moment)

### *Katy Care Medical Clinic*
21314 Provincial Blvd 281-679-1718
(Not looking at current time)

### *Arthritis Clinic*
2630 N. Mason Rd 281-712-8360
Dr. Kugasia & Dr. Malani
1216 NW Freeway/ 9816 Memorial Blvd/ 27700 NW Freeway
( Have a Lab set up already)

### *Houston Pain Services* 28
Adrian C. Dumitro MD
9055 Katy FWY suite 311/ 713-715-6247
(Best way to contact and speak with a decision maker is via email if not setting up a lunch.
Team@houstonpainservices.com) +

### *Dr. Salim Durrani MD*
11777 S. Katy FWY/ 281-367-1414
( Not currently looking)

### *Katy Pain & Spine* 27
1332 Pin Oak Road/ 281-504-7455
Karan Madan 713-714-7192
Nimish Dave 281-717-0076
Please reach out via email: jroiz@accessmsa.com
( Not actively looking at the current time)

### *Dr. Ravaet K. Nagi MD*
24510 Kingsland Blvd/281-394-2390
( Not currently looking)

### *Champions Choice Pain & Injections Clinic* 28
3111 N Fry RD suite 130/281-329-3577
( Do Not See Patients on that level)

*24275 Katy Fw 410-*
*713-913-1645*

*Katy Hee*
*2900 Katy*
*713-396-557*

*7073.Fwy*
*Arthritis Nee*
*281-545-82)*

EXHIBIT-D29

 _**Katy Premier Primaz**_ 
633 & Fiernhurst Dr, Suite 1203/281-978-2624
( Not currently looking)    *Sess*

_**Karis Med Family Medical**_
4011 FM 1463/832-930-7799
( Not currently looking)

_**Katy Pain Specialist**_
24608 Kingsland Blvd/281-665-8552
( Not currently looking)

_**Expert Pain**_
Shabrez Taria MD & Loannis Skaribas
11451 Katy FWY/325-648-0831
( Not currently looking)

_**Advanced Interventional Pain**_
21830 Kingsland Blvd 102/281-717-4902
Jamie ( Not currently looking)    *Diana*

_**Alpha Health Psych.**_
26622 Cook/281-819-2857
( Don't need that type of service in the office)

_**Town & Country Family**_
10497 Town And Country/713-341-2100
( Not currently looking)    *Mary*

_**Premier Oncology Memorial**_
9230 Katy FreeWay    *281-554-xxxx-6622*
( Mail@Premieronocology.com)
( Not currently looking)

# _CYPRESS_

### _Advocate Pain Management_
9539 Huffmeister Rd/713-475-8686
( Not currently looking)

### _Bridge Creek Family Medicare PLLC_
16700 House 832-220-5103
( Not currently looking)

EXHIBIT-D30



***Cross Pointe Medical Clinic*** 
7630 Fry Rd/281-305-1114
( Not currently looking)

***Legocy Pain Associates***
9920 Cypresswood Dr/832-953-2280
( Not currently looking)

***North Cypress Pain Mang.***
21212 NorthWest Freeway/281-517-0020
( Not currently looking)

***Jason Hale MD***
9645 Barker Cypress Rd/281-955-7577
( Not currently looking)

***Edward Baumgartner***
17314 TX 249/832-960-7999
( Not currently looking)

***Barker Cypress Family Practice***
9740 Barker Cypress/281-550-7600
( Not currently looking)

***Pain Relief Associates***
2770 NorthWest FWY/713-863-7246
( Not currently looking)


# *Kirby Area & Inner Houston*

***Pain & Headache One Medical***
5959 West  Loop South/713-222-7246
( Not currently looking)

***South Kirby Pain Relief Center***
9315 Kirby Dr/713-799-2342
( Not currently looking)

***Parris Pain Center***
3100 Timmons LN/713-621-3600
( Not currently looking)

EXHIBIT-D31

**_Mid Lane Family Practice_**
3100 Westayna/713622-2200
( Not currently looking)

**_One Medical Upper Kirbry_**
3300 Kirby Dr
( Not currently looking)

**_River Oaks Doctor Group_**
2001 Kirby Drive/713-927-5147
(Joy@riveroaksdoctoergroup.com)
( Not currently looking)

**_West Pain Mang._**
2550 Gray Falls/281-496-6109
( Not currently looking)

**_Greater Houston International Mang._**
4747 Bellaire Blvd/713-622-1760
( Not currently looking)

**_Eldridge Family Clinic_**
1809 Eldridge Pkwy/281-946-1351
( Not currently looking)

**_Modern Pain Mang._**
902 Frostwood Dr/713-330-9210
( Not currently looking)

**_WestChase Health Clinic_**
13450 Richmond Ave/281-556-0260
(omwestchasehealth@gmail.com)
( Not currently looking)

**_Delta Spine & Pain Clinic_**
12000 Richmond Ave./281-741-3243
( Not currently looking)

# _Kingwood_

**_Kingwood Family Practice & Associate_**
1850 W.Lake Houston/281-361-2902
( Not currently looking)

EXHIBIT-D32

**_Houston Pain & Spine Kingwood_**
215 Kingwood Executive/823-436-4040
( Not currently looking)

— n hase

**_North Houston Pain Clinic and Pain Doctor Kingwood_**
 24018 US-5-KIngwood/281-446-6278
Joe Carlon
( Not currently looking)

 281-446 - 9878

**_Minivasie Pain & Orthopedics_**
310 Kingwood Executive/346-800-6002
( Not currently looking)

Mary
Mary E. Johnson
832-941-0800
350 Knjww

**_NorthWest Family Medicine_**
2714 W. Lake Houston Pkwy/281-360-8898
( Not currently looking)    Dr. Qu

**_Millennium Physicians & Family Practice_**
415 Kingwood Medical Dr./281-354-2080
( Not currently looking)

Basaldua Martin
23330 us.59
281-359-7223

**_Jose Imayen_**
561 W. Medical Center Blvd/281-332-1075
(mayenofficestl@yahoo.com)
( Not currently looking)    No- Lady out of office Dr. mayen

**_Dr. Mona Berdages_**
451 Kingwood Medical dr/281-359-2080
( Not currently looking)

4573 Kny wed
Rabia Shafiq VV
19002 Park row
Alan swearngen
832-301-6870

## _SugarLand_

**_Brazo Pain Mang_**
2225 William Trace Blvd/281-240-4300    Bianca — Beon.
Wilson Almonte MD
( Not currently looking)    Bianca -No ted Conk doinhase Sed out

Friday

**_Texas Pain_**
4660 Sweetwater Blvd/ 832-486-9346 — Karen
( Not currently looking)    Karen Lab cup Not Come
to swars

**_Texas Pain Const_**
16605 SouthWest FWY
( Not currently looking)

Jeff. Dashur
201 Knjww
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

EXHIBIT-D33

**_Houston Spine And Rehab Center_**    713-652-4052
2655 Cordes dr/ 281-491-7700
( Not currently looking)    No only ds chiroprator wrrn
                             stasey

**_Minivasive Pain & Ortho._**
11925 SW FReeway/346-800-6001
( Not currently looking)  \

**_Texas Pain & Regenerate_**
11226 Southwest FreeWay/832-486-9346
( Not currently looking)     • Karen— No Draw

**_Ace Pain Management_**
1235 Lake Pointe Pkwy/832-532–500  —  832-532-0050
(Not currently looking)    use is.    Dr. Surya Rajsthin

**_SouthWest Ortho_**
1330 Creek Way/281-207-4000       1  Pearlad— M-w-f   11:30 r Pearl and
( Not currently looking)             Dec.6 we.        Dec.8   D. am
                        10970—Snoo    170

**_STMC Orthopedics & Sports & Med_** —
6909 Brislane Ct/713-756-5556       PCP — 713-254-4780
( Not currently looking)    29        Dr. Jons

**_Dr. Mark Khorsandi_**
810 Waugh Drive/713-374-4263
( Not currently looking)

**_Texas Pain Consultant Associate_**
16605 SouthWest FWY/281-201-5818 —
( Not currently looking)  713-745-5056 —

              su   281-741-1126 — Kristy
                                Don't Draw

**_Modern Pain Management_**
12930 Dairy Ashford Rd/713-360-1574
( Not currently looking)

  MEMO

  MEMORIAL —

 sugar lane— story

   Don't Drow Labs


1 Sugar cruin
Dr. Diann (011116)
281-340 7477

whom they have. However, with the new coming they could change 2819782624

Advanced Interventional Pain: Have client's go to hospital 2817174902

Town & Country Family: They do not do toxic in their office 7133412100

Katy Pain Specialist: I've spoken with this office before, and they are happy with the service they have 2816658552

Premier Oncology Memorial. Says they are not in the bid for a new service at the current moment. 2815566622


Wednesday 29th:

Kingwood Family Practice and Associate: Spoke with and was informed that they are not looking they have 3 labs they currently using.

The office of Dr. Mona Berdage office: DoctDr. B281-359-2080

Millennium Physicians and Family Practice 281-354-2080

Minivasie Pain and Orthopedics :346-800-6002 Thursday 30th: OnPoint Lab for meeting.



Thursday 30th:

Jason Hale MD: Jason is the doctor and he said he's not doing any out of his office 2819557577

Legacy Pain Assoc. Dr. Clayton is not looking right now he says .8329532280

Cross Pointe Medical Clinic: Lynett says to come back closer to the new year overbooked and understaffed. 2813051114

Friday 1st :

Brazo Pain Mang. Spoke with Bianca she said they send patients to hospital to have labs done.2813591075. 2225 William Trace Blvd

Texas Pain. Karen the office manager says they are happy with Lab Corp. They could swap but it would have to be discussed after the 1st of the year. 8324869346. 4660 Sweetwater Blvd

Houston Spine & Rehab. Stacy says they don't do labs in the office they are more so a referral.7136524052. 2655 Cordes Dr.

STMC Orthopedics & Sport Med. Six different offices I dropped into each of the offices and found only one ran labs, however he is the office that will run the labs for them and send them out. Lunch with Dr. Eugene Stafford. 2812074000.6909 Brislan Ct.

Ace Pain Mang. Spoke with Dr. Surya Rajutin she says they use us 8325320050. 1235 Lake Pointe Pkwy.

Texas Pain & Regenerate. Ms. Karen stated that they don't do draws in the office they send them out.8324869346. 11226 Southwest Freeway.

# EXHIBIT-E

EXHIBIT-E1

# EMPLOYEE HANDBOOK ACKNOWLEDGMENT

I acknowledge that I have received and read a copy of the ONPOINT LAB                    (client name) and G&A Partners (collectively referred to as "the Company" for the purposes of this agreement) Employee Handbook and the applicable State Supplement for the state in which I work. I understand that the Handbook and Supplement set forth the terms and conditions of my employment with the Company as well as the duties, responsibilities and obligations of employment with the Company. I understand that the Company has provided me various alternative channels to raise concerns of violations of this handbook and company policies and encourages me to do so promptly so that the Company may effectively address such situations, and I understand that nothing herein interferes with any right to report concerns, make lawful disclosures or communicate with any governmental authority regarding potential violations of laws or regulations. I agree to abide by and be bound by the rules, policies and standards set forth in the Employee Handbook and applicable State Supplement.

I acknowledge that, except where required otherwise by applicable state law, my employment with ONPOINT LAB                    (client name) is at-will, meaning that it is not for a specified period of time and that the employment relationship may be terminated at any time for any reason, with or without cause or notice, by me or the Company. I further acknowledge that only the President/Owner or his or her authorized representative has the authority to enter into an agreement that alters the at-will relationship. Any such agreement must be in writing and signed by the President/Owner or his or her authorized representative.

I further acknowledge that the Company reserves the right to revise, delete and add to the provisions of the Employee Handbook and State Supplement, but that all such revisions, deletions or additions must be in writing. No oral statements or representations can change the provisions of the Employee Handbook or State Supplement. Furthermore, the Company's policy of at-will employment can only be changed as stated in the prior paragraph.

I also understand and acknowledge that nothing about the policies and procedures set forth in this Employee Handbook should be construed to interfere with any employee rights provided under state or federal law, including Section 7 of the National Labor Relations Act.

I have read and understand the above statements.

# EXHIBIT-F

Bryceson Brown

Details of what happened during the final incident, where the incident occurred, if there were any witnesses and if they provided an explanation/admission. **On 12/18/2023 approximately 10am, Mr. Chandresh Patel asked to have a meeting in the conference room with myself-Carla Acosta, Yorleni Moran-Administrative assistant, and Mr. Brown. Mr. Patel repeatedly requested Bryce to provide proper documentation of his time and interaction with potential clients.   Bryce was hired due to his prior management experience and knowledge of certain specialties.  The expectations were outlined to him during and after the interview for aiding in revising current marketing materials and more importantly, documentations for field representatives.  Bryce did make attempts to work on the marketing materials, however he failed to help produce proper documentation to track field marketing and sales activity.  Bryce routinely failed to provide adequate documentation for his activities.  He often provided his mileage log, without details, as his weekly activity log.  We had no way of knowing which clinic, doctor, or the person he met with other than an address.  When our internal client services representative went into the field with Bryce, he would routinely drive back and forth without a proper schedule.  Bryce would introduce himself and drop off material but not push for a meeting or a time to schedule a proper appointment.  The times that Mr. Patel and Bryce went, he was routinely distracted by his phone and it was not related to OnPoint work.**

# EXHIBIT-G



April 19, 2024

Fax To:
512-322-2875

Employer: G&A Outsourcing, LLC
Employer Account Number: 13-094505-8
Claimant's Name: BRYCESON BROWN
Claimant's SSN: XXX-XX-3006

To Whom It May Concern,

**Was the claimant ever given written notice of written instructions advising him to report back to the PEO for further assignment? If no, was he even given any other types of instructions regarding reporting back?** NO

**Was the employer ever satisfied with the claimant's performance? If so, are they aware of any root cause that was leading to a decline in the claimant's performance?** I was never satisfied with Bryce's performance. I gave him time to learn our tests and services but he failed to follow through on marketing the company and try to grow the business.

**Did the claimant actually receive any verbal or written warnings regarding performance at any time? If so, if there is documentation please attach it.** Bryce was counseled at every meeting to provide proper activity reports, sign in sheets, and other documentation other than a mileage log with just an address without clinic or doctor name.

**The final incident was on 12/18/2023 and it was because he was not able to provide proper documentation of his time and interaction. Were there any previous warnings regarding providing proper documentation? If so, please provide date and details and/or please attach copies of the warnings.** This was requested of him at every meting. He said he would work on it but never provided adequate documentation. I felt like he had another job or personal business on the side. Carla Acosta and Yorleni Moran sat in all the meetings and can attest to the constant requests.

Sincerely,

*Chance Sullins*

Unemployment Claims Analyst
Direct Phone: 615-924-8604
Email: chance.sullins@hrlogics.com

EXHIBIT-G2

## Section 5 - General Standards of Conduct

### 5-1. Workplace Conduct

Onpoint Lab endeavors to maintain a positive work environment. Each employee plays a role in fostering this environment. Accordingly, we all must abide by certain rules of conduct, based on honesty, common sense and fair play.

Because everyone may not have the same idea about proper workplace conduct, it is helpful to adopt and enforce rules all can follow. Unacceptable conduct may subject the offender to disciplinary action, up to and including discharge, in the Company's sole discretion. The following are examples of some, but not all, conduct which can be considered unacceptable:

1. Obtaining employment on the basis of false or misleading information.
2. Stealing, removing or defacing Onpoint Lab property, client or a co-worker's property, and/or disclosure of confidential information.
3. Completing another employee's time records.
4. Violation of safety rules and policies.
5. Violation of Onpoint Lab's Drug and Alcohol-Free Workplace Policy.
6. Fighting, threatening or disrupting the work of others or other violations of Onpoint Lab's Workplace Violence Policy.
7. Raising voice, non-professionalism or altercation at Company or client work site.
8. Multiple complaints from client regarding performance or behavior.
9. Failure to follow lawful instructions of a supervisor.
10. Failure to perform assigned job duties.
11. Violation of the Punctuality and Attendance Policy, including but not limited to irregular attendance, habitual lateness or unexcused absences.
12. Gambling on Company property.
13. Willful or careless destruction or damage to Company assets or to the equipment or possessions of another employee.
14. Wasting work materials.
15. Falsification of Company records.
16. Performing work of a personal nature during working time.
17. Violation of the Solicitation and Distribution Policy.
18. Violation of Onpoint Lab's Harassment or Equal Employment Opportunity Policies.
19. Violation of the Communication and Computer Systems Policy.
20. Unsatisfactory job performance.
21. Any other violation of Company policy.

Obviously, not every type of misconduct can be listed. Since the nature of our business requires our staff presence at clients' job site, it is important that employees follow the same code of conduct at clients' work site as Onpoint Lab. Repetitive complaints by the client(s) shall be investigated and if needed, corrective measures maybe taken up to and including termination. Note that all employees are employed at-will, and Onpoint Lab reserves the right to impose whatever discipline it chooses, or none at all, in a particular instance. The Company will deal with each situation individually and

# MR. BROWN RESPONSE

Mr. Patel was asked a series of questions:

His response to the first question was No.

Mr. Patel responded to the second question with he was never satisfied with Mr. Brown's performance.
Response: (How could Mr. Brown perform without marking materials going back to Exhibit A-D)

Mr. Patel response to the third question was: Mr. Brown was counseled at every meeting.
Response: (Mr. Patel wanted sign in sheets and other documents. But, without proper materials exhibit (A, B, C, D,) how was Mr. Brown supposed to get the office to sign a sheet, when he had no marking material or outdated material. If you will go back and look at exhibit E3 to E8 you will see Mr. Brown gave names of whom he spoke with and locations.)

Mr. Patel responded to question four about the termination with Mr. Brown never provided information.
Response: (For reference exhibit E3 to E8 is just some of the documents Mr. Brown provide.)

Also, Mr. Patel says in his response to question four he felt Mr. Brown had another business adventure taking place at same time as his employment time with OnPoint Lab.
Response: (How can that be when Mr. Brown was at the office on days when not in the field.)

Mr. Patel makes mention that Mrs. Acosta & Mrs. Moran can attest to setting in meetings and the conversation that where had.
Response:(but never once was a write up given to Mr. Brown due to his alleged poor mis conduct or anything presented for him to sign stating what was said or discussed in these meetings or recorded for training purposes.)

# Exhibits

Exhibit A - paragraph 5 interaction with Mrs. Moran via text

Exhibit B - paragraph 7 interaction with Mrs. Acosta

Exhibit C - paragraph 9 interactions with Mr. Patel & Mrs. Acosta

Exhibit D - paragraph 10 interaction with Mrs. Acosta

Exhibit E - E (1) to E (8) are just a few of the examples of what Bryce Brown did daily

# Response to April 19, 2024





EXHIBIT-G7



EXHIBIT-G8



ExHIBIT E (1)
## Section 5 - General Standards of Conduct

### 5.1 Workplace Conduct

Onpoint Lab endeavors to maintain a positive work environment. Each employee plays a role in fostering this environment. Accordingly, we all must abide by certain rules of conduct, based on honesty, common sense and fair play.

Because everyone may not have the same idea about proper workplace conduct, it is helpful to adopt and enforce rules all can follow. Unacceptable conduct may subject the offender to disciplinary action, up to and including discharge, in the Company's sole discretion. The following are examples of some, but not all, conduct which can be considered unacceptable:

1. Obtaining employment on the basis of false or misleading information.
2. Stealing, removing or defacing Onpoint Lab property, client or a co-worker's property, and/or disclosure of confidential information.
3. Completing another employee's time records.
4. Violation of safety rules and policies.
5. Violation of Onpoint Lab's Drug and Alcohol-Free Workplace Policy.
6. Fighting, threatening or disrupting the work of others or other violations of Onpoint Lab's Workplace Violence Policy.
7. Raising voice, non-professionalism or altercation at Company or client work site.
8. Multiple complaints from client regarding performance or behavior.
9. Failure to follow lawful instructions of a supervisor.
10. Failure to perform assigned job duties.
11. Violation of the Punctuality and Attendance Policy, including but not limited to irregular attendance, habitual lateness or unexcused absences.
12. Gambling on Company property.
13. Willful or careless destruction or damage to Company assets or to the equipment or possessions of another employee.
14. Wasting work materials.
15. Falsification of Company records.
16. Performing work of a personal nature during working time.
17. Violation of the Solicitation and Distribution Policy.
18. Violation of Onpoint Lab's Harassment or Equal Employment Opportunity Policies.
19. Violation of the Communication and Computer Systems Policy.
20. Unsatisfactory job performance.
21. Any other violation of Company policy.

Obviously, not every type of misconduct can be listed. Since the nature of our business requires our staff presence at clients' job site, it is important that employees follow the same code of conduct at clients' work site as Onpoint Lab. Repetitive complaints by the client(s) shall be investigated and if needed, corrective measures maybe taken up to and including termination. Note that all employees are employed at-will, and Onpoint Lab reserves the right to impose whatever discipline it chooses, or none at all, in a particular instance. The Company will deal with each situation individually and

nothing in this handbook should be construed as a promise of specific treatment in a given situation. However, Onpoint Lab will endeavor to utilize progressive discipline but reserves the right in its sole discretion to terminate the employee at any time for any reason.

The observance of these rules will help to ensure that our workplace remains a safe and desirable place to work.

## 5.2. Punctuality and Attendance

Employees are hired to perform important functions at Onpoint Lab. As with any group effort, operating effectively takes cooperation and commitment from everyone. Therefore, attendance and punctuality are very important. Unnecessary absences and lateness are expensive, disruptive and place an unfair burden on fellow employees and Supervisors. We expect excellent attendance from all employees. Excessive absenteeism or tardiness will result in disciplinary action up to and including discharge.

We do recognize, however, there are times when absences and tardiness cannot be avoided. In such cases, employees are expected to notify Supervisors as early as possible, but no later than the start of the work day. Asking another employee, friend or relative to give this notice is improper and constitutes grounds for disciplinary action. Employees should call, stating the nature of the illness and its expected duration, for every day of absenteeism.

Unreported absences of three (3) consecutive work days generally will be considered a voluntary resignation of employment with the Company.

## 5.3. Use of Communications and Computer Systems

Onpoint Lab's communication and computer systems are intended primarily for business purposes; however limited personal usage is permitted if it does not hinder performance of job duties or violate any other Company policy. This includes the voice mail, e-mail and Internet systems. Users have no legitimate expectation of privacy in regard to their use of the Onpoint Lab systems.

Onpoint Lab may access the voice mail and e-mail systems and obtain the communications within the systems, including past voice mail and e-mail messages, without notice to users of the system, in the ordinary course of business when the Company deems it appropriate to do so. The reasons for which the Company may obtain such access include, but are not limited to: maintaining the system; preventing or investigating allegations of system abuse or misuse; assuring compliance with software copyright laws; complying with legal and regulatory requests for information; and ensuring that Company operations continue appropriately during an employee's absence.

Further, Onpoint Lab may review Internet usage to ensure that such use with Company property, or communications sent via the Internet with Company property, are appropriate. The reasons for which the Company may review employees' use of the Internet with Company property include, but are not limited to: maintaining the system; preventing or investigating allegations of system abuse or misuse; assuring compliance with software copyright laws; complying with legal and regulatory requests for information; and ensuring that Company operations continue appropriately during an employee's absence.

The Company may store electronic communications for a period of time after the communication is

and they will review and reach back out. 2815047455

Houston Pain Service – Spoke with and with the holidays they are swamped and to try back in January or I could set up a lunch meeting with Dr. Dumitro.7137156247

Chapions Choice Pain and Injections: Spoke with Heather and they don't do much for the ones they do are ran by Quest 2813293577

Katy Premier: Was informed by that at this current time they are staying with whom they have. However, with the new coming they could change 2819782624

Advanced Interventional Pain: Have client's go to hospital 2817174902

Town & Country Family: They do not do toxic in their office 7133412100

Katy Pain Specialist: I've spoken with this office before, and they are happy with the service they have 2816658552

Premier Oncology Memorial. Says they are not in the bid for a new service at the current moment. 2815566622

Wednesday 29th:

Kingwood Family Practice and Associate: Spoke with and was informed that they are not looking they have 3 labs they currently using.

The office of Dr. Mona Berdage office: DoctDr. B281-359-2080

Millennium Physicians and Family Practice 281-354-2080

Minivasie Pain and Orthopedics :346-800-6002 Thursday 30th: OnPoint Lab for meeting.

Thursday 30th:

Jason Hale MD: Jason is the doctor and he said he's not doing any out of his office 2819557577

Legacy Pain Assoc. Dr. Clayton is not looking right now he says.8329532280

Cross Pointe Medical Clinic: Lynett says to come back closer to the new year overbooked and understaffed. 2813051114

Friday 1st :

Brazo Pain Mang. Spoke with Bianca she said they send patients to hospital to have labs done.2813591075. 2225 William Trace Blvd

Texas Pain. Karen the office manager says they are happy with Lab Corp. They could swap but it would have to be discussed after the 1st of the year. 8324869346. 4660 Sweetwater Blvd

EXHIBIT-G12



1 afternoon,

week, I have one potential lunch scheduled and two meetings with Office Managers to give them a rundown of the services that we offer
of the officers asked me do we run hormones out of our office. I informed them that that is something that we would have to send out

m trying focusing on the League City and waiting to set up a few meetings. I've noticed that to be productive, maybe if we can bypass a breakfast or Lunch we can provide a snack of
: sort to obtain the meeting.

:ached out to a few offices in the Huntsville and Cleveland area via phone call on Monday to try and set up meetings before making that drive. I'm awaiting call backs from the
:s.

e followed up with offices in the woodlands , Cypress, and kingwood areas. More flyers will be needed. I'm trying to think of creative ways to stick out at the offices, even if it's just
ig small bags of candy when you drop off a flyer to set up a meeting.



Per our conversation this afternoon, the things that will be done:

Today I've created the list for the log. Called a few offices to see if they have any openings to meet with the decision maker. Non really this week have any openings.

Tomorrow, I'll drop in personally to the Long Star office here in Missouri City

The places I have gone are in the google shared file

For the Week of the Nov. 27th – Dec. 1st looks at

I've been in communication with Daniel and meeting up with a gentleman who has agreed to help me connect with offices. I'd go to as his tag a long in with a few and potentially have to
partake in a lunch of some sort

While we wait for the flyers and marketing matrial to arrive, I'll keep in touch with the offices I've previously reached out too. Once the new marketing is in ill reach out to the offices that
seeded most promising and don't trave in-house.

Best regards,

Bryce

Bryce Brown

Houston Spine & Rehab. Stacy says they don't do labs in the office they are more so a referral.7136524052. 2655 Cordes Dr.

STMC Orthopedics & Sport Med. Six different offices I dropped into each of the offices and found only one ran labs, however he is the office that will run the labs for them and send them out. Lunch with Dr. Eugene Stafford. 2812074000.6909 Brislan Ct.

Ace Pain Mang. Spoke with Dr. Surya Rajutin she says they use us 8325320050. 1235 Lake Pointe Pkwy.

Texas Pain & Regenerate. Ms. Karen stated that they don't do draws in the office they send them out.8324869346. 11226 Southwest Freeway.

Report for last week the 1st

Mon 12/4/2023 3:25 PM

From: "Bryce Brown"

To: "Carla Acosta", "Chandresh Patel"

Message

The week of November 27th. – December 1st.

For the week of November 27, through December 1, it goes as follows:

On the report you will see from after our meeting on Thursday November 30th, at around or about 10:45 am. Anything prior to that meeting far as offices that where visited and notes on travel logs may not be labeled. Monday, Tuesday, and Wednesday had already been completed. The millage log prior to the date of the meeting will also not show as you'd like because the millage is always two weeks behind. However, moving forward from Thursday afternoon November 30th, and completion of Friday December 1st, has the information that you had requested.

For the week of December 4 through December 8, I have one known luncheon on my calendar for 5 with Dr Eugene Stafford. I will be taking with me the swabs in the urine cups along with a box to place outside the office when I go to the office. Dr. Strafford is in two locations, one in Pearland and the other in Sugarland. I will be meeting in the Pearland location.

While I wait for the new material to be ordered and arrive, I have made a few new black and white copies here in the office.

Monday 27th:
OnPoint Lab office day an made calls for offices this week.


OnPoint Lab office day an made calls for offices this week.

Tuesday 28th:

Katy Pain & Spine – Spoke with and was informed to send over an email with any information

and they will review and reach back out. 2815047455

Houston Pain Service – Spoke with and with the holidays they are swamped and to try back in January or I could set up a lunch meeting with Dr. Dumitro.7137156247

Chapions Choice Pain and Injections: Spoke with Heather and they don't do much for the ones they do are ran by Quest 2813293577

Katy Premier: Was informed by that at this current time they are staying with whom they have. However, with the new coming they could change 2819782624

Advanced Interventional Pain: Have client's go to hospital 2817174902

Town & Country Family: They do not do toxic in their office 7133412100

Katy Pain Specialist: I've spoken with this office before, and they are happy with the service they have 2816658552

Premier Oncology Memorial. Says they are not in the bid for a new service at the current moment. 2815566622

Wednesday 29th:

Kingwood Family Practice and Associate: Spoke with and was informed that they are not looking they have 3 labs they currently using.

The office of Dr. Mona Berdage office: DoctDr. B281-359-2080

Millennium Physicians and Family Practice 281-354-2080

Minivasie Pain and Orthopedics :346-800-6002 Thursday 30th: OnPoint Lab for meeting.

Thursday 30th:

Jason Hale MD: Jason is the doctor and he said he's not doing any out of his office 2819557577

Legacy Pain Assoc. Dr. Clayton is not looking right now he says.8329532280

Cross Pointe Medical Clinic: Lynett says to come back closer to the new year overbooked and understaffed. 2813051114

Friday 1st :

Brazo Pain Mang. Spoke with Bianca she said they send patients to hospital to have labs done.2813591075. 2225 William Trace Blvd

Texas Pain. Karen the office manager says they are happy with Lab Corp. They could swap but it would have to be discussed after the 1st of the year. 8324869346. 4660 Sweetwater Blvd

Report for last week the 1st
Mon 12/4/2023 3:25 PM
From: "Bryce Brown"
To: "Carla Acosta", "Chandresh Patel"

Message

The week of November 27th. – December 1st.

For the week of November 27, through December 1, it goes as follows:

On the report you will see from after our meeting on Thursday November 30th, at around or about 10:45 am. Anything prior to that meeting far as offices that where visited and notes on travel logs may not be labeled. Monday, Tuesday, and Wednesday had already been completed. The millage log prior to the date of the meeting will also not show as you'd like because the millage is always two weeks behind. However, moving forward from Thursday afternoon November 30th, and completion of Friday December 1st, has the information that you had requested.

For the week of December 4 through December 8, I have one known luncheon on my calendar for 5 with Dr Eugene Stafford. I will be taking with me the swabs in the urine cups along with a box to place outside the office when I go to the office. Dr. Stafford is in two locations, one in Pearland and the other in Sugarland. I will be meeting in the Pearland location.

While I wait for the new material to be ordered and arrive, I have made a few new black and white copies here in the office.

Monday 27th:
OnPoint Lab office day an made calls for offices this week.

OnPoint Lab office day an made calls for offices this week.

Tuesday 28th:

Katy Pain & Spine – Spoke with and was informed to send over an email with any information