IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BRYCE BROWN,** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | § CIVIL ACTION NO. 4:24-cv-05036 |
| | § |
| **CHANDRESH PATEL, ET AL.** | § |
| | § |
| **Defendant**, | § |
| | § |
| **G&A OUTSOURCING III LLC., DBA ONPOINT LAB, ET AL**. | § |
| | § **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## ORDER

Pending before the Court is Defendants G&A Outsourcing III, LLC, OnPoint Lab, L.L.C., and Chandresh Patel's Opposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint. After considering the Motion and lack of prejudice associated with granting the relief requested, the Court finds that Defendants' Motion should be granted.

It is hereby **ORDERED** that Defendants' Opposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint is GRANTED.

It is further **ORDERED** that Defendants shall file a responsive pleading to Plaintiff's Amended Complaint on or before February 24, 2025.

It is SO ORDERED.

Signed, this _____ day of _____, 2025.

_____
YVONNE Y. HO
UNITED STATES MAGISTRATE JUDGE