IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Bryce Brown, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>Chandresh Patel, and G&A §<br>Outsourcing III LLC d/b/a Onpoint §<br>Lab,[1] §<br>§<br>*Defendants*. § | Civil Action No. 4:24-cv-05036 |

## ORDER GRANTING EXTENSION

On January 31, 2025, Defendants collectively filed a motion requesting a three-week extension of the deadline for responding to Plaintiff Bryce Brown's amended complaint (Dkt. 4), which was filed on January 10, 2025. Dkt. 6. As justification, Defendants state that they recently retained counsel to represent them in this case. Defendants also indicate that an extension would give the parties sufficient opportunity to address the impact of an arbitration agreement on Plaintiff's right to maintain his suit in this Court.

---

[1] According to Defendants, Plaintiff has incorrectly identified OnPoint Lab as the "d/b/a" of Outsourcing III, LLC, when they are in fact two separate entities. Dkt. 6 at 1. Given the limited scope of this Order, any changes to the parties' names will be resolved in a subsequent opinion.

Finding good cause for the requested extension, it is **ORDERED** that Defendants' motion is **GRANTED**. Defendants will have until February 24, 2025 to file their response to the amended complaint.

Signed on February 4, 2025, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge