# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 18 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| BRYCE BROWN, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 4:24-cv-05036 |
| § | |
| CHANDRESH PATEL, ET AL. § | |
| § | |
| Defendant, § | |
| § | |
| G&A OUTSOURCING III LLC., § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Plaintiff Bryce Brown hereby states:

The following Certificate of Interested Parties contains a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this case known to Plaintiff:

1. Bryce Brown, Plaintiff;
2. Chandresh Patel,
3. G&A Outsourcing III LLC,
4. Daniel Coolidge, LITTLER MENDELSON, P.C. (Counsel for Defendant); and
5. G. Mark Jodon, LITTLER MENDELSON, P.C. (Counsel for Defendant)

Respectfully Submitted,

Bryce Brown, Plaintiff
935 N. Wilcrest Drive #1018
Houston, TX 77079
281-763-8151(Telephone)
BryceBrown19@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was hand delivered to the court on this 18th day of February 2025.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been mailed in the United States mail, postage prepaid, certified, return receipt requested, to all counsel of record on this 18th day of February 2025, addressed as follows:

Daniel Coolidge
G. Mark Jodon
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010
713.652.4739 direct
713.951.9400 main
dcoolidge@littler.com

ATTORNEYS FOR DEFENDANT