IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BRYCE BROWN,** | § |
| **Plaintiff,** | § § § |
| v. | § § |
| **CHANDRESH PATEL, ET AL.** | §  **CIVIL ACTION NO. 4:24-cv-05036** |
| **Defendant,** | § § § |
| **G&A OUTSOURCING III LLC., DBA ONPOINT LAB, ET AL.** | § § |
| **Defendant.** | §  **JURY TRIAL DEMANDED** § |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Defendants G&A Outsourcing III, LLC ("G&A"), OnPoint Lab L.L.C. ("OnPoint"), and Chandresh Patel ("Patel") (collectively, "Defendants")[1] file this Corporate Disclosure Statement and Certificate of Interested Parties according to Federal Rule of Civil Procedure 7.1, and certify that the following listed persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities are financially interested in the outcome of this litigation:

1. Bryce Brown, Plaintiff;

2. G&A Outsourcing III, LLC, Defendant;

3. OnPoint Lab L.L.C., Defendant;

4. Chandresh Patel, Defendant; and

---

[1] Plaintiff erroneously named the legal entities in this case as "G&A Outsourcing III LLC., DBA OnPoint Lab, et al." Plaintiff refers to two separate entities: (i) G&A Outsourcing III, LLC, and (ii) OnPoint Lab, L.L.C. The undersigned counsel represent both legal entities, along with individual defendant Chandresh Patel.

5.  G. Mark Jodon and Daniel Coolidge of Littler Mendelson, P.C., Defendants' Counsel.

In accordance with Federal Rule of Civil Procedure 7.1(a)(1), G&A Outsourcing III, LLC, and OnPoint Lab, L.L.C. state no other parent corporation or any publicly held corporation owns 10% or more of stock.

Dated:  February 20, 2025

*Of Counsel:*

Daniel Coolidge
State Bar No. 24113693
Federal I.D. No. 3665857
dcoolidge@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:   713.951.9400
Facsimile:    713.951.9212

Respectfully submitted,

*/s/ G. Mark Jodon*
G. Mark Jodon *(Attorney-in-Charge)*
State Bar No. 6052
Federal I.D. No. 6052
mjodon@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:   713.951.9400
Facsimile:    713.951.9212

**ATTORNEYS FOR DEFENDANTS G&A OUTSOURCING III LLC DBA ONPOINT LAB, ET AL CHANDRESH PATEL**

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, a copy of the foregoing document has been electronically filed with the Court, and served on the following by CM/ECF:

Bryce Brown
935 N. Wilcrest Dr., Apt. 1018
Houston, Texas 77079
Brycebrown19@gmail.com

*Pro Se Plaintiff*

*/s/ Daniel Coolidge*
Daniel Coolidge

4909-9084-8023.1 / 104391.1002