# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BRYCE BROWN,** | § |
| Plaintiff, | § |
| v. | § |
| **CHANDRESH PATEL, ET AL.** | § **CIVIL ACTION NO. 4:24-cv-05036** |
| Defendant, | § |
| **G&A OUTSOURCING III LLC., DBA ONPOINT LAB, ET AL.** | § |
| | § **JURY TRIAL DEMANDED** |
| Defendant. | § |

## DECLARATION OF LISA BAUER IN SUPPORT OF DEFENDANTS G&A OUTSOURCING III, LLC, ONPOINT LAB L.L.C., AND CHANDRESH PATEL'S MOTION TO COMPEL ARBITRATION

I, Lisa Bauer, declare as follows:

1. I am employed as Director of Compliance Services for G&A Outsourcing III LLC ("G&A"), and am located in St. Louis, MO.

2. The facts stated in this declaration are true and correct and within my personal knowledge or I know them to be true based upon my review of the files and records maintained by G&A. I make this declaration in support of G&A's Motion to Compel Arbitration.

3. G&A is a Professional Employer Organization ("PEO") that partners with business to provide services like payroll, benefits, and tax compliance. G&A partners with OnPoint Lab, L.L.C., to provide PEO services.

4. In my position as Director of Compliance Services, I am familiar with employee files and how they are stored and accessed in G&A's system. In addition, I am a duly authorized custodian of records with respect to personnel records maintained by G&A for employees at its

client sites, such as OnPoint Lab, L.L.C., including each document referenced within and attached to this Declaration. Attached hereto as **Exhibit A** is a true and correct copy of the Arbitration Agreement.

5. In September 2022, G&A released its Arbitration Agreement (the "Arbitration Agreement"). On August 14, 2023, Mr. Bryceson William Brown signed the Arbitration Agreement electronically. Attached hereto as **Exhibit B-1** is a true and correct copy of Mr. Brown's execution of the Arbitration Agreement. The Arbitration Agreement is a mutual arbitration policy requiring G&A, OnPoint, and its employees to arbitrate their employment-related claims, including those under local, state, or federal law. Under the Arbitration Agreement, arbitrations are administered by the American Arbitration Association ("AAA") in accordance with its employment arbitration rules. G&A's employees, including Mr. Brown, can access the Arbitration Agreement through the online employee self-service portal over the Internet, called "G&A Worksite" ("G&A Portal"). Employees have a unique login and password to access the G&A Portal. To set up their account, employees are sent an email from no-reply@cloud.gnapartners.com to their personal email account whereby they are prompted to set up a company account on G&A Portal. As part of this process, the employee must create a unique password. Employees are instructed to keep their username and password confidential so that it is neither known by nor accessible to any other G&A employee. Also, G&A does not keep a record of employee passwords. As a result, only the employee can log on to his or her own personal page on G&A Portal.

6. During the onboarding process, Mr. Brown was prompted to review and sign the Arbitration Agreement through a platform on the G&A Portal called "Click Boarding", which allows employees to review and electronically sign their onboarding documents. The employee

creates a unique E-Signature by using a computer mouse or a finger/stylus if using a touchscreen device such as a smartphone or tablet. The G&A Portal allows employees to sign documents on the portal directly, generating an audit trail corresponding to the signing of each document. Upon hire, all employees are required to review and sign a New Hire Package on the G&A Portal, including an Arbitration Agreement. The employee can accept the Arbitration Agreement and acknowledge it electronically. Upon employee signature, G&A Portal automatically includes an E-Signature, Document Name, Document Version, Candidate Name, IP Address page, and Consent Date and Time on the last page of each document. The employee additionally acknowledges that "I understand that my electronic signature will be binding as though I had physically signed this document by hand. I agree that a printout of this agreement may be accepted with the same authority as the original." Once an employee inserts his or her signature by clicking on the "I Agree" tab, they then click on an "Submit" tab to electronically sign the onboarding documents. They are then notified that by electronically signing the documents, they are agreeing to be legally bound.

7.      On August 14, 2023, Mr. Brown electronically logged in to the G&A Portal using his unique log-in credentials and his personalized password, opened the Arbitration Agreement, and acknowledged and accepted same. Once Mr. Brown electronically signed, the system generated a record that Mr. Brown electronically signed the Arbitration Agreement on August 14, 2023. Attached hereto as **Exhibit B-2** is a true and correct copy of Mr. Brown's Arbitration Agreement Acknowledgment. After signing the Arbitration Agreement Acknowledgment and confirming he would be bound by the Arbitration Agreement, Mr. Brown continued to work for G&A and OnPoint.

Docusign Envelope ID: 72A929A6-1106-47FD-B4C2-26CF050058BF

8. As part of his Arbitration Agreement Acknowledgement, Mr. Brown expressly agreed to arbitrate his employment-related claims against the Company. *See* **Exhibit B-2**.

I declare under penalty of perjury that the foregoing is true and correct.

Signed and dated February 24, 2025.

Signed by:

*Lisa Bauer*

09B44B711665435...

Declarant