# EXHIBIT B-2

## Arbitration Agreement



Bryceson William Brown

2023-08-14 17:14 UTC

I understand that my electronic signature will be binding as though I had physically signed this document by hand. I agree that a printout of this agreement may be accepted with the same authority as the original.

**G&A - PEO - ArbitrationAgreement**

**Version:** 5

**Consent Date:** 2023-08-14 17:04 UTC

**Signed By:** Bryce W. Brown

**IP Address:** 174.203.4.113

*The IP address has been recorded as part of your electronic signature.*