# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **BRYCE BROWN,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | |
| **CHANDRESH PATEL, ET AL.** | § § | **CIVIL ACTION NO. 4:24-cv-05036** |
| **Defendant,** | § § § | |
| **G&A OUTSOURCING III LLC., DBA ONPOINT LAB, ET AL.** | § § § | |
| **Defendant.** | § § | **JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION

CAME ON FOR CONSIDERATION Defendant's Motion to Compel Arbitration and Stay Action. The Court, after considering the same, is of the opinion that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Parties shall arbitrate all claims asserted by Plaintiff in this matter. The case is STAYED pending the outcome of the arbitration. The Clerk of Court is directed to administratively close this case, pending the outcome of arbitration.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on _____, 2025, at Houston, Texas

_____
Yvonne Y. Ho
United States Magistrate Judge