# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

MAR 17 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| BRYCE BROWN, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 4:24-cv-05036 |
| § | |
| CHANDRESH PATEL, ET AL., § | |
| § | |
| Defendant, § | |
| § | |
| G&A OUTSOURCING III LLC., DBA § | |
| ONPOINT LAB, ET AL. § | |
| § | |
| Defendant, § | |

## MOTION TO AMEND CERTIFICATE OF INTERESTED PARTIES

Before the court comes plaintiff Bryce Brown requesting to amend the interested parties. Federal Rule of Civil Procedure 15, OnPoint Lab, L.L.C, (Defendant), was left off the list of parties who holds stock along side G&A Outsourcing III, LLC, (Defendant), and Chandresh Patel, (Defendant).

Parties, Plaintiff Bryce Brown hereby states: the following Certificate of Interested Parties contains a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this case known to Plaintiff:

1. Bryce Brown, Plaintiff;

2. G&A Outsourcing III, LLC, Defendant

3. OnPoint Lab L.L.C., Defendant;

4. Chandresh Patel, Defendant; and

5. G. Mark Jodon and Daniel Coolidge of Littler Mendelson, P.C. Defendants' Counsel.

This continuance is not sought for delay, but that justice may be done.

WHEREFORE, Plaintiff prays that the Court grant a Motion to Amend Certificate of Interested Parties.

Dated: March 17, 2025

Respectfully Submitted,

Bryce Brown, Plaintiff
935 N. Wilcrest, Drive #1018
Houston, TX 77079
281-763- Bryce 8151(Telephone)
BryceBrown19@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been mailed in the United States mail, postage prepaid, certified, return receipt requested, to all counsel of record on this 17th day of March 2025, addressed as follows:

Daniel Coolidge
G. Mark Jodon
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010
713.652.4739 direct
713.951.9400 main
dcoolidge@littler.com

ATTORNEYS FOR DEFENDANT