# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **BRYCE BROWN,** § § §  **Plaintiff,** § § §  v. § § §  **CHANDRESH PATEL, ET AL.** § § §  **Defendant,** § § §  **G&A OUTSOURCING III LLC., DBA ONPOINT LAB, ET AL.** § § §  **Defendant.** § § | **CIVIL ACTION NO. 4:24-cv-05036**  **JURY TRIAL DEMANDED** |

## PROPOSED SCHEDULING ORDER

1. April 11, 2025 — **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
   Party requesting joinder will furnish a copy of this scheduling order to new parties.

2a. July 3, 2025 — **EXPERTS**
   Deadline for party with burden of proof on any issue to designate experts and provide any reports under Rule 26(a)(2)(B).

2b. August 18, 2025 — Deadline for response experts and related Rule 26(a)(2)(B) reports.

3. _____ — **DISCOVERY**
   The parties may, by agreement, continue discovery beyond the deadline.

4. _____ — **DISPOSITIVE MOTIONS DEADLINE**
   Includes any motion challenging an expert witness. This deadline cannot be changed without leave of court.

5. To be determined by the Court — **JOINT PRETRIAL ORDER**
   The plaintiff is responsible for filing the pretrial order on this date. Motions in limine must also be filed by this date.

2

6. <u>To be determined by the Court</u>     **DOCKET CALL** at 1:30 p.m. in Courtroom 704.

7. <u>To be determined by the Court</u>     **TRIAL** begins at 9:00 a.m. in Courtroom 704.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on _____, 2025, at Houston, Texas

_____
Presiding Judge
United States District Court