IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BRYCE BROWN,** | § |
| **Plaintiff,** | § |
| v. | § |
| **CHANDRESH PATEL, ET AL.** | § **CIVIL ACTION NO. 4:24-cv-05036** |
| **Defendant,** | § |
| **G&A OUTSOURCING III LLC., DBA ONPOINT LAB, ET AL.** | § |
| | § **JURY TRIAL DEMANDED** |
| **Defendant.** | § |

## NOTICE OF APPEARANCE OF DANIEL COOLIDGE

Daniel Coolidge of the law firm of Littler Mendelson, P.C., 1301 McKinney, Suite 1900, Houston, Texas 77010, enters his appearance on behalf of Defendants G&A Outsourcing III, LLC ("G&A"), OnPoint Lab L.L.C. ("OnPoint Lab"), and Chandresh Patel ("Patel") (collectively, "Defendants"). G. Mark Jodon of Littler Mendelson, P.C. will remain as lead counsel for Defendant.

Dated: April 10, 2025

*Of Counsel:*

Daniel Coolidge
State Bar No. 24113693
Federal I.D. No. 3665857
dcoolidge@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX  77010
Telephone:  713.951.9400
Facsimile:  713.951.9212

Respectfully submitted,

*/s/ Daniel Coolidge*
G. Mark Jodon *(Attorney-in-Charge)*
State Bar No. 10669400
Federal I.D. No. 6052
mjodon@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:   713.951.9400
Facsimile:    713.951.9212

**ATTORNEYS FOR DEFENDANTS G&A OUTSOURCING III, LLC, ONPOINT LAB, L.L.C., AND CHANDRESH PATEL**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2025, a copy of the foregoing document has been electronically filed with the Court, and served on the following by mail:

Bryce Brown
935 N. Wilcrest Dr., Apt. 1018
Houston, Texas 77079
Brycebrown19@gmail.com

***Pro Se Plaintiff***

*/s/ Daniel Coolidge*
Daniel Coolidge