# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **BRYCE BROWN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:24-cv-05036** |
| | § | |
| **CHANDRESH PATEL, ET AL.** | § | |
| | § | |
| **Defendant**, | § | |
| | § | |
| **G&A OUTSOURCING III LLC., DBA** | § | |
| **ONPOINT LAB, ET AL**. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | | |

**AFFIDAVIT OF DANIEL COOLIDGE
IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

BEFORE ME, the undersigned authority, personally appeared Daniel Coolidge who, being duly sworn by me, under oath states as follows:

1. "My name is Daniel Coolidge. I am over the age of eighteen and am otherwise competent to testify to the facts set forth in this Affidavit. All statements contained in this Affidavit are true and correct and are based upon my personal knowledge.

2. I am an attorney with Littler Mendelson P.C. I have been licensed to practice law within the state of Texas since 2019. I am one of the attorneys representing Defendants G&A Outsourcing III, LLC, OnPoint Lab, L.L.C., and Chandresh Patel ("Defendants") in the above-captioned matter.

3. Plaintiff filed this lawsuit against Defendants on December 20, 2024, asserting claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* ("Title VII") and 42 U.S.C. § 1981 ("Section 1981"). As a direct result of Plaintiff's suit, Littler Mendelson P.C.

1

has been retained as counsel for Defendants and has been required to perform various tasks that were reasonable and necessary to protect Defendants' interests in this litigation. These tasks included but are not limited to researching various causes of action asserted against Defendant and possible defenses and filing a Motion to Compel Arbitration. Before the Arbitrator, these tasks also included preparing written discovery requests and preparing and filing motions and other documents.

4. My typical hourly rate is $610.00 per hour. Additionally, G. Mark Jodon's typical hourly rate is $1,055.00 per hour. However, for this lawsuit, Defendants were billed discounted hourly rates. My discounted hourly rate billed to Defendants in this lawsuit was $285 per hour, and G. Mark Jodon's discounted hourly rate billed to Defendants in this lawsuit was $350 per hour. The hourly rates charged by defense counsel were reasonable in light of rates charged by other attorneys in the community who have comparable experience and ability.

5. On December 12, 2025, Defendants opened settlement negotiations with Plaintiff by speaking with him on the phone. After hearing Defendants' opening settlement offer, Plaintiff unilaterally ceased settlement negotiations.

6. Multiple times during the course of this lawsuit did Plaintiff file pleadings drafted using artificial intelligence with hallucinated case citations. Plaintiff did this three separate times, including in Plaintiff's Response to Defendants' Motion to Compel Arbitration (*see* Doc. 14), Plaintiff's premature March 25, 2025 Motion for Summary Judgment (*see* Doc. 16), and Plaintiff's January 29, 2026 Response to Defendants' Motion to Compel Discovery. Attached as **Exhibit B** to Defendants' Motion for Attorneys Fees are copies of these pleadings as well as Defendants' responses and/or replies. Defendants were required to spend time and effort in replying to Plaintiff's frivolous pleadings that included hallucinated case citations, in which Defendants

2

specifically flagged for the court and/or arbitrator in the respective response/reply. Additionally, Plaintiff's March 25, 2025 Motion for Summary Judgment was both frivolous and premature because Plaintiff filed it while Defendants' Motion to Compel Arbitration was pending and before any scheduling order was entered or any discovery was conducted by either party. *See* **Exhibit B**. Defendants were forced to respond to Plaintiff's premature Motion for Summary Judgment, which the court denied as moot when it granted the Motion to Compel Arbitration. *See* Doc. 22. Defendants incurred a total of **$6,494.00** for the drafting of responses and/or replies to Plaintiff's AI-drafted pleadings with hallucinated case citations. *See* Exhibit A-1.

7.      On October 31, 2025, Defendants filed before the Arbitrator a Motion for Judgment on the Pleadings under Rule 12(c), seeking dismissal of Title VII claims against Defendant Patel (who Plaintiff sued as an individual). The Arbitrator granted the motion on December 9, 2025. Attached to Defendants' Motion for Attorneys' Fees as **Exhibit C** are the Motion for Judgment on the Pleadings and the Arbitrator's signed order granting that motion. Defendants incurred a total of **$522.50** for the drafting the Motion for Judgment on the Pleadings. *See* Exhibit A-1.

8.      Plaintiff was informed multiple times during the course of this lawsuit that Defendant G&A was not his employer – Defendant OnPoint Lab was. Plaintiff's refusal to drop Defendant G&A from his lawsuit forced Defendants to research, prepare, and file summary judgment briefing to request Defendant G&A's dismissal from the lawsuit, which the Arbitrator granted. Attached to Defendants' Motion for Attorneys' Fees as **Exhibit D** is Defendants' January 30, 2026 Motion for Summary Judgment and the Arbitrator's February 26, 2026 Order Granting the Motion for Summary Judgment and dismissing Plaintiff's claims with prejudice. Defendants incurred a total of **$1,245.00** for the drafting of summary judgment briefing to request dismissal of Defendant G&A from this lawsuit. *See* Exhibit A-1.

9.      Plaintiff's refusal to provide Defendants with sufficient responses to written discovery forced Defendants to file a Motion to Compel Discovery before the Arbitrator. Defendants served their First Set of Interrogatories ("Interrogatories") and First Set of Requests for Production of Documents ("Requests for Production") on October 15, 2025. Plaintiff served wholly inadequate responses on November 14, 2025, largely asserting entirely meritless objections. On November 25, 2025, Defendants sent Plaintiff a meet and confer letter outlining the deficiencies in Plaintiff's initial responses. While Plaintiff supplemented his responses on December 10, 2025, he continued to refuse to substantively respond to many of the requests. Defendants filed a Motion to Compel Discovery with the Arbitrator on January 15, 2025, and a Reply in Support on February 5, 2026. The Arbitrator, however, granted Defendants' Motion for Summary Judgment on February 26, 2026, before issuing a ruling on the Motion to Compel Discovery. Attached as **Exhibit E** is Defendants' Deficiency Letter to Plaintiff and Defendant's Motion to Compel Discovery. Defendants' Reply in Support of the Motion to Compel is contained in **Exhibit B.** Defendants incurred a total of $2,931.50 for the drafting of the deficiency letter and Motion to Compel Discovery. *See* Exhibit A-1.

10.      On May 14, 2026, the Court dismissed this lawsuit after granting Defendants' Opposed Motion to Confirm the Arbitrator's Award and Dismiss Plaintiff's Claims with Prejudice because the Arbitrator granted Defendants' Motion for Summary Judgment on February 26, 2026. *See* Docs. 27-32. Therefore, in support of Defendants and the prevailing parties, I am filing this Affidavit in support of Defendants' request for attorneys' fees incurred in defending this lawsuit as explained below.

11.      I have reviewed Littler Mendelson, P.C.'s records regarding the attorneys' fees incurred by Defendant in this matter.  Work pertaining to the portion of attorneys' fees requested

4

by the Motion for Attorneys' Fees has been performed by me, Associate; G. Mark Jodon, Shareholder; Gil Rochbert, Counsel for Littler CaseSmart; and Ken Heisele, Counsel for Littler CaseSmart. Certain of the hours of work performed are detailed in the attached Exhibit A-1, which was extracted from my firm's billing software, reflecting legal fees totaling **$11,193**. Exhibit A-1 is made by or from information transmitted by people with knowledge of the events or conditions recorded, at or near the time of the events or conditions recorded.  It is in the regular course of business for my law firm to make and keep such records. Defendants incurred a total of $119,246 in attorneys' fees during the course of this lawsuit.

12.    The **$11,193** amount as reflected in Exhibit A-1 shows **only** the hours of work performed by attorneys on this case related to (i) researching, preparing, and filing a response to Plaintiff's AI-drafted pleadings with case hallucinations, (ii) researching, preparing, and filing the Motion for Judgment on the Pleadings; (iii) researching, preparing, and filing summary judgment briefing related to the dismissal of Defendant G&A from the lawsuit; and (iv) researching, preparing, and filing the Deficiency Letter and Motion to Compel Discovery.

13.    I am familiar with the reasonable and necessary fees charged by attorneys in Texas for similar work. The fees set forth above and as reflected in Exhibit A-1 were both reasonable and necessary for the services performed. The fees Littler Mendelson, P.C. charges are customary charges in Texas for the same or similar services for attorneys with our experience, reputation, and ability, considering the nature of the controversy.

14.    I declare under penalty of perjury that the foregoing is true and correct, and that this Affidavit was executed on this 28th day of May, 2026."

[*Signature on Next Page*]

5

Dated: May 28, 2026

Daniel Coolidge

State of Texas County of Dallas

SUBSCRIBED AND SWORN TO BEFORE ME this ___28th___ day of May, 2026, to certify said

witness upon my hand and official seal of office. by John Coolidge

Notary Public in and for the State of Texas

132795705

My Commission Expires: ___11/23/2028_____

Printed Name of Notary Public: ___Ariel Murchison_____

Electronically signed and notarized online using the Proof platform.

6

# Exhibit A-1





**DATE:** April 16, 2025

**CLIENT:** MARKEL
PATRICK EGAN
patrick.egan@markel.com

EBILL VIA LEGAL EXCHANGE

**Privileged & Confidential**

**CLIENT MATTER NUMBER:** 104391.1002

**MATTER:** BROWN, BRYCE

**BILLING ATTORNEY:** 01755 Gerald Mark Jodon

**INVOICE:** 7261637

**CURRENCY:** USD

**DEDUCTIBLE:** $50,000.00

**CLAIM ADJUSTER:** Patrick D. Egan

**CLAIM #:** ML418841

**INSURANCE CARRIER:** MARKEL / EVANSTON INSURANCE COMPANY

**POLICY NUMBER:** MKLV4MML000415

---

Legal Services for the period ending March 31, 2025

Total Fees for Services Rendered
Total Disbursements
**Total Amount Due This Invoice**



Cumulative Fees
Cumulative Expenses



**Payment due upon receipt**

---

**LITTLER MENDELSON P.C.** ** For billing inquiries related to this invoice, please email: billingsupport@littler.com **

**DATE:** April 16, 2025

**CLIENT MATTER NUMBER:** 104391.1002

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

Invoice No. 7261637

Page 2

**Legal Services for the period ending March 31, 2025**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| **L210** | **Pleadings** | | | |
| | **A103 Draft/revise** | | | |



| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 03/19/25 | JDC | Drafting email update to the client regarding Plaintiff's response to the Motion to Compel Arbitration and the draft Joint Discovery / Case Management Plan. | 0.20 | 57.00 |
| 03/19/25 | JDC | Drafting Reply in Support of Motion to Compel Arbitration. | 3.50 | 997.50 |
| 03/20/25 | GMJ | Review Brown's response to the motion to compel arbitration. Review and revise draft reply to Brown's response. | 1.00 | 350.00 |
| 03/20/25 | JDC | Drafting Reply in Support of Motion to Compel Arbitration, revising first draft and including additional items recommended by shareholder. | 2.70 | 769.50 |
| 03/21/25 | GMJ | Continue review and revision of Reply to Plaintiff's response to motion to compel arbitration. | 1.50 | 525.00 |

**DATE:** April 16, 2025

**CLIENT MATTER NUMBER:** 104391.1002

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

Invoice No. 7261637

Page 3

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|

| | | | | |

| **Total for A103 Draft/revise** | | | **11.90** | **3,554.00** |

**A104 Review/analyze**

| | | | | |

| 03/18/25 | JDC | Reviewing Plaintiff's response to Motion to Compel Arbitration and planning response strategy. | 0.30 | 85.50 |
| 03/19/25 | JDC | Reviewing Plaintiff's Response to Motion to Compel Arbitration to prepare for drafting Reply. | 0.70 | 199.50 |
| 03/25/25 | GMJ | Review and analyze Brown's motion for summary judgment. | 0.70 | 245.00 |

**DATE:** April 16, 2025

Invoice No. 7261637

Page 4

**CLIENT MATTER NUMBER:** 104391.1002

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| **Total for A107 Communicate(other outside co)** | | | **1.50** | **427.50** |
| **Total for L210 Pleadings** | | | **15.60** | **4,654.00** |
| **L230** | | **Court Mandated Conferences** | | |
| | | **A103 Draft/revise** | | |
| 03/25/25 | JDC | Editing and revising Joint Discovery / Case Management Plan and sending to client for review and approval. | 0.30 | 85.50 |
| **Total for A103 Draft/revise** | | | **0.30** | **85.50** |
| **Total for L230 Court Mandated Conferences** | | | **0.30** | **85.50** |
| **Total Legal Fees** | | | **15.90** | **$4,739.50** |

**FEE SUMMARY**

| Timekeeper | Title | Hours | Rate | Fees |
|------------|-------|-------|------|------|
| Gerald Mark Jodon | Shareholder | 3.20 | 350.00 | 1,120.00 |
| Daniel Coolidge | Associate | 12.70 | 285.00 | 3,619.50 |
| **Total Legal Fees** | | **15.90** | | **$4,739.50** |
| **Total Amount Due This Invoice** | | | | **4,739.50** |





**DATE:** May 12, 2025

**CLIENT:** MARKEL
PATRICK EGAN
patrick.egan@markel.com

EBILL VIA LEGAL EXCHANGE

**Privileged & Confidential**

**CLIENT MATTER NUMBER:** 104391.1002

**MATTER:** BROWN, BRYCE

**BILLING ATTORNEY:** 01755 Gerald Mark Jodon

**INVOICE:** 7279917

**CURRENCY:** USD

**DEDUCTIBLE:** $50,000.00

**CLAIM ADJUSTER:** Patrick D. Egan

**CLAIM #:** ML418841

**INSURANCE CARRIER:** MARKEL / EVANSTON INSURANCE COMPANY

**POLICY NUMBER:** MKLV4MML000415

---

Legal Services for the period ending April 30, 2025

Total Fees for Services Rendered
Total Disbursements
**Total Amount Due This Invoice**

Cumulative Fees
Cumulative Expenses



**Payment due upon receipt**

---

**LITTLER MENDELSON P.C.** ** For billing inquiries related to this invoice, please email: billingsupport@littler.com **

**DATE:** May 12, 2025

<table>
<tr><td></td><td>Invoice No. 7279917</td></tr>
</table>

**CLIENT MATTER NUMBER:** 104391.1002

Page 4

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| | | | | |
| **Total for A101 Plan and prepare for** | | | **1.50** | **427.50** |
| | | **A103 Draft/revise** | | |
| 04/09/25 | GMJ | Work on draft response to Brown's motion for summary judgment. | 0.50 | 175.00 |
| 04/09/25 | JDC | Drafting Response to Plaintiff's Motion for Summary Judgment. | 4.10 | 1,168.50 |
| 04/10/25 | GMJ | Continue work on draft response to Brown's motion for summary judgment. | 1.00 | 350.00 |
| 04/10/25 | JDC | Editing and revising response to Plaintiff's premature motion for summary judgment. | 0.40 | 114.00 |
| 04/10/25 | JDC | Reviewing and finalizing draft of response to Plaintiff's motion for summary judgment and sending to client for review. | 0.70 | 199.50 |
| 04/14/25 | GMJ | Review and revise draft response to Brown's motion for summary judgment. | 0.50 | 175.00 |

**DATE:** May 12, 2025

Invoice No. 7279917

**CLIENT MATTER NUMBER:** 104391.1002

Page 7

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

| Timekeeper | Title | Hours | Rate | Fees |
|---|---|---|---|---|
| Gerald Mark Jodon | Shareholder | | 350.00 | |
| Daniel Coolidge | Associate | | 285.00 | |
| Lisa A. Blansit | Para-Legal | | 110.00 | |
| **Total Legal Fees** | | | | |

**Total Amount Due This Invoice**





**DATE:** September 22, 2025

**CLIENT:** MARKEL
PATRICK EGAN
patrick.egan@markel.com

EBILL VIA LEGAL EXCHANGE

**Privileged & Confidential**

**CLIENT MATTER NUMBER:** 104391.1002

**MATTER:** BROWN, BRYCE

**BILLING ATTORNEY:** 01755 Gerald Mark Jodon

**INVOICE:** 7374667

**CURRENCY:** USD

**DATE OF LOSS:** 01/01/25

**DEDUCTIBLE:** $50,000.00

**CLAIM ADJUSTER:** Patrick D. Egan

**CLAIM #:** ML418841

**E-BILLING #:** ML418841

**INSURANCE CARRIER:** MARKEL / EVANSTON INSURANCE COMPANY

**POLICY NUMBER:** MKLV4MML000415

---

Legal Services for the period ending August 31, 2025

Total Fees for Services Rendered
Total Disbursements
**Total Amount Due This Invoice**



**Payment due upon receipt**

---

**LITTLER MENDELSON P.C.** ** For billing inquiries related to this invoice, please email: billingsupport@littler.com **

**DATE:** September 22, 2025

**CLIENT MATTER NUMBER:** 104391.1002

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|



**L210        Pleadings**

**A101 Plan and prepare for**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/27/25 | GMJ | Coordinate preparation of motion to dismiss Title VII claims against Patel. | 0.10 | 35.00 |

**DATE:** September 22, 2025

**CLIENT MATTER NUMBER:** 104391.1002

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

Invoice No. 7374667

Page 7

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/29/25 | GMJ | Review and revise draft motion to dismiss Title VII claims against Mr. Patel. | 0.30 | 105.00 |



**DATE:** September 22, 2025

**CLIENT MATTER NUMBER:** 104391.1002

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

Invoice No. 7374667

Page 8

| DATE | TKPR DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| **Total for L210 Pleadings** | | **6.80** | **2,094.00** |
| **L240** | **Dispositive Motions** | | |
| | **A103 Draft/revise** | | |
| 08/28/25 | GR  Begin drafting partial motion to dismiss. | 0.60 | 153.00 |
| 08/29/25 | GR  Continue drafting motion to dismiss. | 0.50 | 127.50 |
| **Total for A103 Draft/revise** | | **1.10** | **280.50** |



**DATE:** September 22, 2025

**CLIENT MATTER NUMBER:** 104391.1002

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

Invoice No. 7374667

Page 11

**FEE SUMMARY**

| Timekeeper | Title | Hours | Rate | Fees |
|---|---|---|---|---|
| Gerald Mark Jodon | Shareholder | | 350.00 | |
| David B. Jordan | Shareholder | | 350.00 | |
| Daniel Coolidge | Associate | | 285.00 | |
| Carly S. Compton | LCS Research | | 255.00 | |
| Kenneth Joseph Heisele | LCS Discovery | | 255.00 | |
| Gil Rochbert | LCS BriefWriter | | 255.00 | |
| Diana L. Schilling | Para-Legal | | 110.00 | |
| Larry B Hickman | Lit. Support | | 110.00 | |
| Christopher P. Wyatt | Lit. Support | | 110.00 | |
| **Total Legal Fees** | | | | |





**DATE:** October 24, 2025

**CLIENT:** MARKEL
PATRICK EGAN
patrick.egan@markel.com

EBILL VIA LEGAL EXCHANGE

**Privileged & Confidential**

**CLIENT MATTER NUMBER:** 104391.1002

**MATTER:** BROWN, BRYCE

**BILLING ATTORNEY:** 01755 Gerald Mark Jodon

**INVOICE:** 7402468

**CURRENCY:** USD

**DATE OF LOSS:** 01/01/25

**DEDUCTIBLE:** $50,000.00

**CLAIM ADJUSTER:** Patrick D. Egan

**CLAIM #:** ML418841

**E-BILLING #:** ML418841

**INSURANCE CARRIER:** MARKEL / EVANSTON INSURANCE COMPANY

**POLICY NUMBER:** MKLV4MML000415

---

Legal Services for the period ending September 30, 2025

Total Fees for Services Rendered
Total Disbursements
**Total Amount Due This Invoice**



**Payment due upon receipt**

---

**LITTLER MENDELSON P.C.** ** For billing inquiries related to this invoice, please email: billingsupport@littler.com **

**DATE:** October 24, 2025

**CLIENT MATTER NUMBER:** 104391.1002

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

Invoice No. 7402468

Page 6

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|



**L240**        **Dispositive Motions**

**A103 Draft/revise**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 09/01/25 | GR | Continue drafting motion for judgment on the pleadings. | 0.40 | 102.00 |
| **Total for A103 Draft/revise** | | | **0.40** | **102.00** |

**DATE:** October 24, 2025

**CLIENT MATTER NUMBER:** 104391.1002

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

Invoice No. 7402468

Page 9

| DATE | TKPR DESCRIPTION | HOURS | AMOUNT |
|------|------------------|-------|--------|



| Timekeeper | Title | Hours | Rate | Fees |
|------------|-------|-------|------|------|
| Gerald Mark Jodon | Shareholder | | 350.00 | |
| Daniel Coolidge | Associate | | 285.00 | |
| Gil Rochbert | LCS BriefWriter | | 255.00 | |
| Diana L. Schilling | Para-Legal | | 110.00 | |
| Larry B Hickman | Lit. Support | | 110.00 | |
| **Total Legal Fees** | | | | |
| | | | | |
| **Total Amount Due This Invoice** | | | | |





**INVOICE**

**DATE:** December 18, 2025

**CLIENT:** MARKEL
PATRICK EGAN
patrick.egan@markel.com

EBILL VIA LEGAL EXCHANGE

**Privileged & Confidential**

**CLIENT MATTER NUMBER:** 104391.1002

**MATTER:** BROWN, BRYCE

**BILLING ATTORNEY:** 01755 Gerald Mark Jodon

**INVOICE:** 7445021

**CURRENCY:** USD

**DATE OF LOSS:** 01/01/25

**DEDUCTIBLE:** $50,000.00

**CLAIM ADJUSTER:** Patrick D. Egan

**CLAIM #:** ML418841

**E-BILLING #:** ML418841

**INSURANCE CARRIER:** MARKEL / EVANSTON INSURANCE COMPANY

**POLICY NUMBER:** MKLV4MML000415

---

Legal Services for the period ending November 30, 2025

Total Fees for Services Rendered
Total Disbursements
**Total Amount Due This Invoice**



**Payment due upon receipt**

---

**LITTLER MENDELSON P.C.** ** For billing inquiries related to this invoice, please email: billingsupport@littler.com **

**DATE:** December 18, 2025

**Invoice No. 7445021**

Page 5

**CLIENT MATTER NUMBER:** 104391.1002

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/20/25 | KJH | Begin drafting deficiency letter (3 single-spaced pages) to Claimant regarding deficiencies in Claimant's discovery responses, including boilerplate objections, mitigation of damages and job search efforts, relevant communications and social media posts, recordings of conversations with Respondent's employees, and medical records. | 2.90 | 739.50 |
| 11/21/25 | KJH | Continue drafting deficiency letter (3 single-spaced pages) to Claimant regarding deficiencies in Claimant's discovery responses, including categories of damages sought and calculation of those alleged damages. | 0.60 | 153.00 |
| 11/25/25 | GMJ | Review and revise draft of deficiency letter to Brown regarding his inadequate responses to respondents' written discovery requests. | 0.20 | 70.00 |
| 11/25/25 | JDC | Finalizing deficiency letter to serve on Claimant. | 0.40 | 114.00 |

**A104 Review/analyze**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/14/25 | JDC | Reviewing and analyzing Brown's written discovery responses, notating deficiencies. | 0.70 | 199.50 |
| 11/15/25 | JDC | Reviewing and analyzing Claimant's responses to written discovery requests to plan defense strategy in drafting potential deficiency letter. | 1.10 | 313.50 |

**DATE:** December 18, 2025

**CLIENT MATTER NUMBER:** 104391.1002

Page 6

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11/19/25 | GMJ | Review Brown's discovery responses and analyze deficiencies that will require follow-up with Brown. | 0.80 | 280.00 |



**DATE:** December 18, 2025

**CLIENT MATTER NUMBER:** 104391.1002

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

Invoice No. 7445021

Page 12







**INVOICE**

**DATE:** January 29, 2026

**CLIENT:** MARKEL
PATRICK EGAN
patrick.egan@markel.com

EBILL VIA LEGAL EXCHANGE

**Privileged & Confidential**

**CLIENT MATTER NUMBER:** 104391.1002

**MATTER:** BROWN, BRYCE

**BILLING ATTORNEY:** 01755 Gerald Mark Jodon

**INVOICE:** 7477219

**CURRENCY:** USD

**DATE OF LOSS:** 01/01/25

**DEDUCTIBLE:** $50,000.00

**CLAIM ADJUSTER:** Patrick D. Egan

**CLAIM #:** ML418841

**E-BILLING #:** ML418841

**INSURANCE CARRIER:** MARKEL / EVANSTON INSURANCE COMPANY

**POLICY NUMBER:** MKLV4MML000415

---

Legal Services for the period ending December 31, 2025

Total Fees for Services Rendered
Total Disbursements
**Total Amount Due This Invoice**



**Payment due upon receipt**

---

**LITTLER MENDELSON P.C.** ** For billing inquiries related to this invoice, please email: billingsupport@littler.com **

**DATE:** January 29, 2026

**CLIENT MATTER NUMBER:** 104391.1002

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

Invoice No. 7477219

Page 6

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|

**L310        Written Discovery**

**A104 Review/analyze**

| 12/12/25 | JDC | Reviewing Claimant's second responses to our discovery requests in response to our deficiency letter. | 0.50 | 142.50 |
| 12/16/25 | JDC | Reviewing Claimant's deficient discovery responses to draft update email to client regarding discovery items needed to prepare the motion for summary judgment and prepare for a potential arbitration hearing. | 0.70 | 199.50 |

**DATE:** January 29, 2026

**CLIENT MATTER NUMBER:** 104391.1002

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

Invoice No. 7477219

Page 12

| DATE | TKPR DESCRIPTION | HOURS | AMOUNT |
|------|------------------|-------|--------|
| | | | |

| Timekeeper | Title | Hours | Rate | Fees |
|------------|-------|-------|------|------|
| Gerald Mark Jodon | Shareholder | | 350.00 | |
| Daniel Coolidge | Associate | | 285.00 | |
| Lisa A. Blansit | Para-Legal | | 110.00 | |
| Diana L. Schilling | Para-Legal | | 110.00 | |
| Larry B Hickman | Lit. Support | | 110.00 | |
| **Total Legal Fees** | | | | |







**INVOICE**

**DATE:** February 25, 2026

**CLIENT:** MARKEL
PATRICK EGAN
patrick.egan@markel.com

EBILL VIA LEGAL EXCHANGE

**Privileged & Confidential**

**CLIENT MATTER NUMBER:** 104391.1002

**MATTER:** BROWN, BRYCE

**BILLING ATTORNEY:** 01755 Gerald Mark Jodon

**INVOICE:** 7495238

**CURRENCY:** USD

**DATE OF LOSS:** 01/01/25

**DEDUCTIBLE:** $50,000.00

**CLAIM ADJUSTER:** Patrick D. Egan

**CLAIM #:** ML418841

**E-BILLING #:** ML418841

**INSURANCE CARRIER:** MARKEL / EVANSTON INSURANCE COMPANY

**POLICY NUMBER:** MKLV4MML000415

---

Legal Services for the period ending January 31, 2026

Total Fees for Services Rendered
Total Disbursements
**Total Amount Due This Invoice**



**Payment due upon receipt**

---

**LITTLER MENDELSON P.C.** ** For billing inquiries related to this invoice, please email: billingsupport@littler.com **

**DATE:** February 25, 2026

**Invoice No. 7495238**

Page 3

**CLIENT MATTER NUMBER:** 104391.1002

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

**Legal Services for the period ending January 31, 2026**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **L120** | | **Analysis/Strategy** | | |
| | | **A104 Review/analyze** | | |
| 01/21/26 | JDC | Planning defense strategy as to the potential for an arbitration hearing. | 0.40 | 114.00 |
| **Total for A104 Review/analyze** | | | **0.40** | **114.00** |
| | | **A106 Communicate(with client)** | | |
| 01/07/26 | JDC | Drafting email update to clients to confer on new deadlines and on the drafting of a motion to compel discovery responses. | 0.20 | 57.00 |
| 01/13/26 | JDC | Conferring with clients regarding case strategy and the filing of the Motion to Compel Discovery responses. | 0.20 | 57.00 |
| **Total for A106 Communicate(with client)** | | | **0.40** | **114.00** |
| **Total for L120 Analysis/Strategy** | | | **0.80** | **228.00** |
| **L210** | | **Pleadings** | | |
| | | **A101 Plan and prepare for** | | |
| 01/06/26 | JDC | Planning defense strategy regarding the drafting of the motion for summary judgment and motion to compel discovery responses. | 0.40 | 114.00 |
| **Total for A101 Plan and prepare for** | | | **0.40** | **114.00** |
| | | **A103 Draft/revise** | | |
| 01/07/26 | JDC | Working with litigation team to prepare Motion to Compel discovery responses. | 0.40 | 114.00 |
| 01/12/26 | JDC | Editing and revising draft Motion to Compel discovery responses. | 0.80 | 228.00 |

**DATE:** February 25, 2026

**Invoice No. 7495238**

**CLIENT MATTER NUMBER:** 104391.1002

Page 4

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01/14/26 | JDC | Drafting motion for summary judgment, beginning to draft the argument section. | 1.20 | 342.00 |
| 01/14/26 | JDC | Drafting motion for summary judgment, focusing on drafting the fact section. | 1.50 | 427.50 |
| 01/15/26 | JDC | Drafting motion for summary judgment, focusing on drafting fact section and reviewing Plaintiff's deposition transcript. | 1.10 | 313.50 |
| 01/15/26 | JDC | Finalizing motion to compel discovery responses for filing with the AAA. | 0.30 | 85.50 |
| 01/16/26 | JDC | Drafting declaration for CarrLee Howard in support of MSJ to prove that G&A was not Brown's employer. | 1.10 | 313.50 |
| 01/16/26 | JDC | Drafting motion for summary judgment, focusing on drafting the fact section and reviewing evidence and deposition transcripts/written responses. | 3.80 | 1,083.00 |
| 01/19/26 | JDC | Drafting Motion for Summary Judgment, focusing on the fact section. | 2.30 | 655.50 |
| 01/19/26 | JDC | Drafting Motion for Summary Judgment, focusing on the argument section. | 3.80 | 1,083.00 |
| 01/20/26 | JDC | Drafting motion for summary judgment, focusing on drafting the argument section. | 2.60 | 741.00 |
| 01/22/26 | JDC | Drafting Motion for Summary Judgment, focusing on drafting the argument and fact sections. | 4.20 | 1,197.00 |
| 01/26/26 | JDC | Drafting motion for summary judgment, focusing on drafting the argument section related to OnPoint Lab and Patel. | 2.70 | 769.50 |

**DATE:** February 25, 2026

Invoice No. 7495238

**CLIENT MATTER NUMBER:** 104391.1002

Page 5

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01/26/26 | JDC | Drafting, revising, and editing Motion for Summary Judgment, focusing on drafting the fact and argument sections related to G&A. | 2.90 | 826.50 |
| 01/27/26 | JDC | Reviewing and analyzing proposed exhibits for motion for summary judgment. | 1.10 | 313.50 |



**DATE:** February 25, 2026

Invoice No. 7495238

**CLIENT MATTER NUMBER:** 104391.1002

Page 7

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| | | | | |

**L250     Other Written Motions & Submissions**

**A103 Draft/revise**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01/08/26 | GR | Begin drafting motion to compel discovery. | 0.80 | 204.00 |
| 01/09/26 | GR | Continue drafting motion to compel discovery. | 1.20 | 306.00 |

**DATE:** February 25, 2026

**CLIENT MATTER NUMBER:** 104391.1002

Page 10

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
|  |  | **A103 Draft/revise** |  |  |
| 01/12/26 | GMJ | Review and revise draft of the motion to compel interrogatory answers and the production of relevant documents relating to alleged damages and subsequent employment and earnings. | 0.30 | 105.00 |
| 01/27/26 | GMJ | Review and revise draft motion to extend page limitation for motion for summary judgment. | 0.30 | 105.00 |
|  |  | **A104 Review/analyze** |  |  |
| 01/29/26 | GMJ | Review Brown's opposing to motion to compel discovery. | 0.30 | 105.00 |

**DATE:** February 25, 2026

**CLIENT MATTER NUMBER:** 104391.1002

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

Invoice No. 7495238

Page 11

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | | |

| Timekeeper | Title | Hours | Rate | Fees |
|---|---|---|---|---|
| Gerald Mark Jodon | Shareholder | | 350.00 | |
| Daniel Coolidge | Associate | | 285.00 | |
| Gil Rochbert | LCS BriefWriter | | 255.00 | |
| Lisa A. Blansit | Para-Legal | | 110.00 | |
| Diana L. Schilling | Para-Legal | | 110.00 | |
| Larry B Hickman | Lit. Support | | 110.00 | |
| Christopher P. Wyatt | Lit. Support | | 110.00 | |
| **Total Legal Fees** | | | | |







**DATE:** March 25, 2026

**CLIENT:** MARKEL
PATRICK EGAN
patrick.egan@markel.com

EBILL VIA LEGAL EXCHANGE

**Privileged & Confidential**

**CLIENT MATTER NUMBER:** 104391.1002

**MATTER:** BROWN, BRYCE

**BILLING ATTORNEY:** 01755 Gerald Mark Jodon

**INVOICE:** 7515602

**CURRENCY:** USD

**DATE OF LOSS:** 01/01/25

**DEDUCTIBLE:** $50,000.00

**CLAIM ADJUSTER:** Patrick D. Egan

**CLAIM #:** ML418841

**E-BILLING #:** ML418841

**INSURANCE CARRIER:** MARKEL / EVANSTON INSURANCE COMPANY

**POLICY NUMBER:** MKLV4MML000415

---

Legal Services for the period ending February 28, 2026

Total Fees for Services Rendered
Total Disbursements
**Total Amount Due This Invoice**



**Payment due upon receipt**

---

**LITTLER MENDELSON P.C.** ** For billing inquiries related to this invoice, please email: billingsupport@littler.com **

**DATE:** March 25, 2026

**CLIENT MATTER NUMBER:** 104391.1002

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE

Invoice No. 7515602

Page 5

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|

**L350**    **Discovery Motions**

**A103 Draft/revise**

| 02/04/26 | JDC | Drafting Reply In Support of Motion to Compel Arbitration. | 3.20 | 912.00 |
| 02/05/26 | JDC | Finalizing Reply In Support of Motion to Compel Discovery. | 0.60 | 171.00 |

**DATE:** March 25, 2026

| | | Invoice No. 7515602 |

**CLIENT MATTER NUMBER:** 104391.1002

Page 7

**CLIENT:** ONPOINT LABS INC. - LCS (MARKEL)

**MATTER:** BROWN, BRYCE



| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|

| Timekeeper | Title | Hours | Rate | Fees |
|------------|-------|-------|------|------|
| Gerald Mark Jodon | Shareholder | | 350.00 | |
| Daniel Coolidge | Associate | | 285.00 | |
| Diana L. Schilling | Para-Legal | | 110.00 | |
| **Total Legal Fees** | | | | |